**UNITED STATES DISTRICT COURT**
**FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

**OFFICE OF THE CLERK**
501 "I" Street
Sacramento, CA 95814



FILED

JAN - 7 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

USDC − Southern District of CA
Office of the Clerk
880 Front Street, Suite 4290
San Diego, CA 92101−8900

2254 ____ 1983 ✓
FILING FEE PAID
Yes ____ No ✓
IFP MOTION FILED
Yes ____ No ✓
COPIES SENT TO
Court ✓  ProSe ____

RE:        LEE FOY vs. UNKNOWN
USDC No.:   2:07−CV−01537−FCD−DAD

**'08 CV 0043 JAH LSP**

Dear Clerk,

Pursuant to the order transferring the above captioned case to your court, dated
January 03, 2008 , transmitted herewith are the following documents.

**Electronic Documents: 1 to 13.**

Documents maintained electronically by the district court are accessible through
PACER for the Eastern District of California at **https://ecf.caed.uscourts.gov**.

Please <u>acknowledge</u> receipt on the extra copy of this letter and return to the Clerk's Office.

Very truly yours,

**January 3, 2008**        /s/ **M. Marciel**

Deputy Clerk

RECEIVED BY:    _____

                Please Print Name

DATE RECEIVED:  _____

NEW CASE
NUMBER:         _____

1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10    LEE FOY,

11              Plaintiff,                    No. CIV S-07-1537 FCD DAD P

12        vs.

13    MAROSOIL,

14              Defendants.                   ORDER

15    _____/

16              Plaintiff, a state prisoner confined at Richard J. Donovan Correctional Facility in

17    San Diego, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request to

18    proceed in forma pauperis.  In light of 1996 amendments to 28 U.S.C. § 1915, this court will not

19    rule on plaintiff's request to proceed in forma pauperis.

20              The federal venue statute requires that a civil action, other than one based on

21    diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all

22    defendants reside in the same State, (2) a judicial district in which a substantial part of the events

23    or omissions giving rise to the claim occurred, or a substantial part of property that is the subject

24    of the action is situated, or (3) a judicial district in which any defendant may be found, if there is

25    no district in which the action may otherwise be brought."  28 U.S.C. § 1391(b).

26    /////

1

1           In this case, the defendant is located and the claim arose in San Diego County,

2 which is in the Southern District of California. Therefore, plaintiff's claim should have been

3 filed in the United States District Court for the Southern District of California. In the interest of

4 justice, a federal court may transfer a complaint filed in the wrong district to the correct district.

5 See 28 U.S.C. § 1406(a); Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).

6           Accordingly, IT IS HEREBY ORDERED that:

7           1. This court has not ruled on plaintiff's request to proceed in forma pauperis; and

8           2. This matter is transferred to the United States District Court for the Southern

9 District of California.

10 DATED: January 3, 2008.

11

12                                 *Dale A. Drozd*

13                         DALE A. DROZD
                          UNITED STATES MAGISTRATE JUDGE

14 DAD:9
foy1537.21a

15

16

17

18

19

20

21

22

23

24

25

26

MIME-Version:1.0 From:caed_cmecf_helpdesk@caed.uscourts.gov
To:caed_cmecf_nef@localhost.localdomain Message-Id: Subject:Activity in Case
2:07-cv-01537-FCD-DAD (PC) Foy v. Unknown Order Content-Type: text/html

***NOTE TO PUBLIC ACCESS USERS*** There is no charge for viewing opinions.

### U.S. District Court

### Eastern District of California – Live System

**Notice of Electronic Filing**

The following transaction was entered on 1/3/2008 at 1:40 PM PST and filed on 1/3/2008

| | |
|---|---|
| *Case Name:* | (PC) Foy v. Unknown |
| *Case Number:* | 2:07-cv-1537 |
| *Filer:* | |

*WARNING: CASE CLOSED on 01/03/2008*

*Document Number:* 13

*Docket Text:*
ORDER TRANSFERRING CASE to USDC – Southern District of CA signed by Magistrate Judge Dale A. Drozd on 1/3/08. Original file, certified copy of transfer order, and docket sheet sent. CASE CLOSED (Marciel, M)

**2:07-cv-1537 Electronically filed documents will be served electronically to:**

**2:07-cv-1537 Electronically filed documents must be served conventionally by the filer to:**

Lee Foy
C-01539
R. J. Donovan
P. O. Box 799001
San Diego, CA 92179-001

The following document(s) are associated with this transaction:

CLOSED, PRISONER_CIVIL_RIGHTS

## U.S. District Court
### Eastern District of California - Live System (Sacramento)
### CIVIL DOCKET FOR CASE #: 2:07-cv-01537-FCD-DAD
### Internal Use Only

(PC) Foy v. Unknown                                  Date Filed: 07/27/2007
Assigned to: Judge Frank C. Damrell, Jr              Date Terminated: 01/03/2008
Referred to: Magistrate Judge Dale A. Drozd          Jury Demand: None
Cause: 42:1983 Prisoner Civil Rights                 Nature of Suit: 550 Prisoner: Civil
                                                     Rights
                                                     Jurisdiction: Federal Question

**Plaintiff**

**Lee Foy**                              represented by  **Lee Foy**
                                                         C-01539
                                                         R. J. Donovan
                                                         P. O. Box 799001
                                                         San Diego, CA 92179-001
                                                         PRO SE

V.

**Defendant**

**Unknown**

**Defendant**

**Marosoil**
*Nurse*
*also known as*
Mirasor

I hereby certify that the annexed
instrument is a true and correct copy of
the original on file in my office.
ATTEST: **VICTORIA C. MINOR**
Clerk, U. S. District Court,
Eastern District of California
By
                          Deputy Clerk
Dated: January 3, 2008

| Date Filed | # | Docket Text |
|---|---|---|
| 07/27/2007 | 1 | COMPLAINT against Unknown defendant by plaintiff Lee Foy. (Marciel, M) (Entered: 07/30/2007) |
| 07/30/2007 | 2 | PRISONER NEW CASE DOCUMENTS ISSUED (Attachments: # 1 Consent Forms) (Marciel, M) (Entered: 07/30/2007) |
| 07/30/2007 |  | SERVICE BY MAIL: 2 Prisoner New Case Documents for FCD served on plaintiff Lee Foy. (Marciel, M) (Entered: 07/30/2007) |
| 08/01/2007 | 3 | ORDER signed by Judge Dale A. Drozd on 8/1/07 ORDERING that plaintiff is granted 30 file new complaint and IFP form or pay $350.00 fee. Clerk to send plaintiff new civil rights packet. (Attachments: # 1 42:1983 Packet)(Anderson, J) (Entered: 08/01/2007) |

| 08/01/2007 | ● | SERVICE BY MAIL: 3 Order served on Lee Foy (Anderson, J) (Entered: 08/01/2007) |
|---|---|---|
| 08/09/2007 | ●4 | CONSENT to JURISDICTION by US MAGISTRATE JUDGE by Lee Foy. (Anderson, J) (Entered: 08/10/2007) |
| 08/09/2007 | ●5 | AMENDED COMPLAINT against Unknown by Lee Foy.(Anderson, J) (Entered: 08/10/2007) |
| 08/23/2007 | ●6 | REQUEST for Extension of time by Lee Foy. (Duong, D) (Entered: 08/24/2007) |
| 08/27/2007 | ●7 | REQUEST to add additional charges to pending case by Lee Foy. (Reader, L) (Entered: 08/28/2007) |
| 08/27/2007 | ●8 | AMENDED COMPLAINT against defendants by Lee Foy.(Reader, L) (Entered: 08/28/2007) |
| 09/04/2007 | ●9 | ORDER signed by Magistrate Judge Dale A. Drozd on 8/31/07. Plaintiff's 6 Request for Extension of Time is GRANTED. Plaintiff has 30 days from date of Order in which to file an Application to Proceed IFP. (Marciel, M) (Entered: 09/04/2007) |
| 09/04/2007 | ● | SERVICE BY MAIL: 9 Order served on plaintiff Lee Foy. (Marciel, M) (Entered: 09/04/2007) |
| 09/14/2007 | ●10 | AMENDED COMPLAINT against dft Marosoil aka Mirasor by Lee Foy. (Kaminski, H) (Entered: 09/17/2007) |
| 10/15/2007 | ●11 | REQUEST for copies of documents in case by Lee Foy. [Response Sent; COPYWORK: The Clerkss Office does not provide copies of documents to parties.] (Reader, L) (Entered: 10/16/2007) |
| 11/09/2007 | ●12 | LETTER from Lee Foy regarding Nurse Mirasol (Reader, L) (Entered: 11/13/2007) |
| 01/03/2008 | ●13 | ORDER TRANSFERRING CASE to USDC - Southern District of CA signed by Magistrate Judge Dale A. Drozd on 1/3/08. Original file, certified copy of transfer order, and docket sheet sent. CASE CLOSED (Marciel, M) (Entered: 01/03/2008) |
| 01/03/2008 | ● | SERVICE BY MAIL: 13 Order Transferring Case Out to USDC - Southern District of CA served on plaintiff Lee Foy. (Marciel, M) (Entered: 01/03/2008) |
| 01/03/2008 | ●14 | TRANSMITTAL of DOCUMENTS pursuant to 13 Transfer Order to Another District on *1/3/2008* to * USDC - Southern District of CA* *Office of the Clerk* *880 Front Street, Suite 4290* *San Diego, CA 92101-8900*. *Electronic Documents: 1 to 13. * (Marciel, M) (Entered: 01/03/2008) |

**FILED**

JUL 27 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                DEPUTY CLERK

2:07 - CV - 1537 FCD DAD

①    7-21-07

My name is Lee Foy. C-05139
presently housed in the E.O.P.
Mental Health program. On or
about the second week of June 07
I notified Dr. Dalglish E.O.P. CM
contact of my cellmate behavior
which at that time was Gates, S.
P-29448 of reaching it's highest
hieghts of being parnoid due to not
swollowing his medication orderd
by building one psychiatrist.
The problem progressed to where
Dr. Dalglish, Dr. Williams, and
presiding psychiatrist Dr. Block
filling in for Dr. Becraft. Told or
Maybe orderd ● to watch my cell-
mate swollow his Psy medication

Not one time did Nurse Mirasor look in his mouth let alone open it. el went back to P.S.U. Doctoring staff and it was orderd for the two of us go to the Labatory for testing of psy medication. Now at this time Nurse Mirasor 3rd watch claims he's been taking his medication every night. My Labatory results shows ive been taking my medication orderd by the psychiatrist. And my ex cell-mate system was clean of any psy medication. And by Nurse Mirasor not medicating my ex-cell mate or attempting put my life and

Psyical Well being in danger for not addressing the situation on a perfessional level. Nurse Mirasor isn't new at this position of passing out medication order by the psychiatrist or Medical Doctor. And she know's what a parnoid person can do when going so long unmedicated. Due to her uncareing, lack of understanding Misconduct on 7-3-07 this ex cell Mate attacked me while I was under sedation of my nightly psy-Medication. Nurse Mirasor seen everything her and a correctional officer was at my door watching and hopeing I get seriously hurt cause it took a couple of minutes before the alarm was activated. Thank You

Lee K. C-05139

Closing Statements    9-21-07

Right now im indegent and
if your office can send me
the form USM-285 for
filing charges on a state
employee for Conspiracy
to committ Great Bodily Harm
With malice and content 245pc

Lee Tay. C-05139

**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

Office of the Clerk

| | | |
|---|---|---|
| **Victoria C. Minor** | 501 "I" Street | Divisional Office |
| Clerk of Court | Sacramento, CA 95814 | 2500 Tulare Street |
| | | Fresno, CA 93721 |

**July 30, 2007**

Case Number:     2:07–CV–01537–FCD–DAD

Case Title:     **LEE FOY,**                    vs.  **UNKNOWN,**

Dear Litigant,

You are hereby notified that the above case number has been assigned to your action. You are to include the complete case number on all documents sent to the court for filing in this case. Failure to do so results in delayed processing of your documents.

All matters in this action shall be sent to the following address until further notice:

Office of the Clerk

United States District Court

Eastern District of California

501 "I" Street , Suite 4–200

Sacramento, CA 95814

For timely processing of your pleadings or correspondence, please comply with our Local Rules of Court, in particular:

**Local Rule 5–133** The court requires an original plus one copy of each document sent for filing. If you desire to receive a conformed copy for your records, you must send an original and two copies of your document and a pre–addressed postage–paid envelope for us to return your copy to you.

**Local Rule 5–135** Once the defendant(s) have served a responsive pleading, you are under an ongoing duty to serve them with copies of all documents you submit to the court. A proof of service shall be attached to the original of any document lodged or filed with the court, showing the date, manner and place of service. A sample proof of service is attached.

**Local Rule 7–130** Documents submitted to the court must be legible, on 8–½ " x 11" paper, with writing on one (1) side of the page only. Each separate document must be stapled at the top left corner and pre–punched with two (2) holes centered 2–¾" apart, ½" from the top edge of the page. Each page should be numbered consecutively at the bottom.

**Local Rule 7–132** Every document submitted to the court must include your name, address and prisoner identification number in the upper left hand corner of the first page. The caption on the first page must include the title of this court, the title of the action, the case number assigned to this action (including all initials and letters that follow the number), and the title of your document. If you are pursuing more than one action in this court, you must submit a separate original document and the appropriate number of copies for each action in which you want the document filed.

**Local Rule 6–142**  A request for extension of time must state the reason an extension is needed. A request for extension of time should be filed before the deadline in question.

**Local Rules 30–250, 33–250, 34–250 and 36–250**  Discovery requests or responses should not be submitted to the court unless they are relevant and necessary to support or oppose a motion at issue before the court.

**Local Rule 83–182**  Each party appearing in propria persona is under a continuing duty to notify the Clerk and all other parties of any change of address.

**Other Provisions:**

**Request for Case Status**  The court will notify you as soon as any action is taken in your case. Due to the large number of civil actions pending before the court, THE CLERK IS UNABLE TO RESPOND IN WRITING TO INDIVIDUAL INQUIRES REGARDING THE STATUS OF YOUR CASE. As long as you keep the court apprised of your current address, you will receive all court decisions which might affect the status of your case.

**Copy Work**  The Clerk's Office does not provide copies of documents to parties. Copies of documents may be obtained from Attorney's Diversified Service (ADS) by writing to them at: 1424 21st Street, Sacramento, CA 95814, or by phoning 916–441–4396 or 916–441–4466. The court will provide copies of docket sheets at $0.50 per page. **Note: In Forma Pauperis** status does not include the cost of copies.

Victoria C. Minor
Clerk of Court
United States District Court

by:  /s/  M. Marciel
Deputy Clerk

The following is a sample Proof of Service.   Pursuant to Rule 5 of the F.R.Cv.P. and Local Rule 5−135, each document filed after the court orders service in your case shall be served on opposing counsel and a proof of service attached to your document filed with the court.

---

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

(Case Title) _____
                        Plaintiff or Petitioner
V.                                                              Case Number: 2:99−CV−99999 ABC DFG
                                                              (example case no.)

_____
                        Defendant or Respondent
                                                              **SAMPLE PROOF OF SERVICE**

_____     /

I hereby certify that on     (Date)_____, I served a copy

of the attached     (Title of Document Served and Filed)_____,

by placing a copy in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said

enevelope in the United States Mail at     (Location of Mailing)_____:

**(List Name and Address of Each Defendant or Attorney Served)**

I declare under penalty of perjury that the foregoing is true and correct.

                              _____
                              (Name of Person Completing Service)

**NOTICE OF AVAILABILITY OF A MAGISTRATE JUDGE**

**TO EXERCISE JURISDICTION AND APPEAL INSTRUCTIONS**

You are hereby notified in accordance with 28 U.S.C §636(c), F.R.Civ.P.73 and Local

Rule 73−305, the United States Magistrate Judges sitting in Sacramento and Fresno are available

to exercise the court's case dispositive jurisdiction and to conduct any or all case despositive

proceedings in this action, including motions to dismiss, motions for summary judgment, a jury

or nonjury trial, and entry of a final judgment. Exercise of this jurisdiction by a Magistrate Judge

is however, permitted only if all parties voluntarily consent. You may, without adverse

substantive consequences, withhold your consent, but this will prevent the court's case

dispositive jurisdiction from being exercised by a Magistrate Judge.

Any appeal from a judgment entered by a Magistrate Judge is taken directly to the United

States Court of Appeals for the Ninth Circuit or, where appropriate, for the Federal Circuit in the

same manner as an appeal from any other judgment of a District Court.

Whether or not the parties consent to pursuant to 28 U.S.C. § 636(c) the assigned

Magistrate Judge will hear all motions except those case dispositive motions set forth in 28

U.S.C. § 636(b)(1)(A).

A copy of the Form for "Consent to / Decline of Jurisdiction of United States Magistrate

Judge" is attached hereto for pro per use and attorney information. This form is available in

fillable .pdf format on the court's web site at www.caed.uscourts.gov for all attorney ECF filers.

This form may be filed through CM/ECF or by pro se litigants at the appropriate Clerk's

Office location.


Office of the Clerk                     Office of the Clerk

501 I Street, Room 4−200                2500 Tulare Street , Suite 1501

Sacramento, CA 95814                    Fresno, CA 93721

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

**LEE FOY,**_____

Plaintiff(s)/Petitioner(s),

vs.

CASE NO. **2:07-CV-01537-ECD-DAD**_____

**UNKNOWN,**_____

Defendant(s)/Respondents(s).

---

**IMPORTANT**
**IF YOU CHOOSE TO CONSENT OR DECLINE TO CONSENT TO JURISDICTION OF**
**A UNITED STATES MAGISTRATE JUDGE, CHECK AND SIGN THE APPROPRIATE**
**SECTION OF THIS FORM AND RETURN IT TO THE CLERK'S OFFICE**

---

☐    **CONSENT** TO JURISDICTION OF
**UNITED STATES MAGISTRATE JUDGE**

   In accordance with the provisions of Title 28, U.S.C. Sec. 636(c)(1), the undersigned hereby voluntarily consents to have a United States Magistrate Judge conduct all further proceedings in this case, including trial and entry of final judgment, with direct review by the Ninth Circuit Court of Appeals, in the event an appeal is filed.

Date: _____    Signature: _____

Print Name: _____
 ( ) Plaintiff/Petitioner  ( ) Defendant/Respondent
( ) Counsel for *_____

---

☐    **DECLINE** OF JURISDICTION OF
**UNITED STATES MAGISTRATE JUDGE**

   Pursuant to Title 28, U.S.C. Sec 636(c)(2), the undersigned acknowledges the availability of a United States Magistrate Judge but hereby declines to consent.

Date: _____    Signature: _____

Print Name: _____
 ( ) Plaintiff/Petitioner  ( ) Defendant/Respondent
( ) Counsel for *_____

---

***If representing more than one party, counsel must indicate name of each party responding.**

1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   LEE FOY,

11              Plaintiff,              No. CIV S-07-1537 FCD DAD P

12        vs.

13   UNKNOWN,

14              Defendants.              ORDER

15   _____/

16              Plaintiff, a state prisoner at R.J. Donovan, has filed a document requesting "the

17   form USM-285 for filing charges on a state employee for conspiracy to committ [sic] great

18   bodily harm with malice and content. . . ."  No other pleadings have been filed by the plaintiff.  In

19   order to commence an action, plaintiff must file a complaint as required by Rule 3 of the Federal

20   Rules of Civil Procedure, and plaintiff must either pay the required filing fee or file an

21   application requesting leave to proceed in forma pauperis.[1]  See 28 U.S.C. §§ 1914(a), 1915(a).

22   The court will not issue any orders granting or denying relief until an action has been properly

23   commenced.  Plaintiff will be provided the opportunity to file his complaint, and to submit an

24   application requesting leave to proceed in forma pauperis or to submit the appropriate filing fee.

25   _____

26        [1]  If leave to file in forma pauperis is granted, plaintiff will still be required to pay the
     filing fee but will be allowed to pay it in installments.

1        In accordance with the above, IT IS HEREBY ORDERED that:

2        1. Plaintiff is granted thirty days from the date of service of this order to file a

3 complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil

4 Procedure, and the Local Rules of Practice; the complaint must bear the docket number assigned

5 this case; plaintiff must file an original and two copies of the complaint. Plaintiff shall also

6 submit, within thirty days from the date of this order, the application to proceed in forma

7 pauperis on the form provided by the Clerk of Court, or the filing fee in the amount of $350.00.

8 Plaintiff's failure to comply with this order will result in a recommendation that this matter be

9 dismissed; and

10        2. The Clerk of the Court is directed to send plaintiff the court's form for filing a

11 civil rights action, and the application to proceed in forma pauperis by a prisoner.

12 DATED: August 1, 2007.

13

14

15        DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

16 DAD/9/bb
foy1537.noc

17

18

19

20

21

22

23

24

25

26

INSTRUCTIONS FOR FILING A COMPLAINT BY A PRISONER
UNDER THE CIVIL RIGHTS STATUTE, 42 U.S.C. § 1983

I. Scope of Section 1983

An action under Section 1983 is available to challenge violations of the federal constitution or federal statutes which affect the conditions of your confinement or your treatment by government employees while in custody. Although you may ask for and obtain money damages or an injunction under Section 1983, the court cannot issue an order which could affect the length of your sentence in any way. Those types of claims may only be raised through a petition for a writ of habeas corpus. If you want to file a petition for a writ of habeas corpus, you must do so on the correct forms, which are provided by the Clerk of the Court on request.

II. Packet

Three copies of a complaint form are attached to this instruction sheet. In addition, included in the packet are an information sheet for prisoners seeking leave to proceed in forma pauperis (without prepayment of filing fees) and two copies of an application to proceed in forma pauperis. To start an action, the following items must be included:

    1.    An original and one copy of the complaint. You must keep an additional copy of the complaint for your own records. All copies of the complaint must be identical to the original.

    2.    Either a completed in forma pauperis application or the $350.00 filing fee.

III. Complaint Form

Your complaint must be legibly handwritten or typewritten. You must sign each copy of the complaint and declare under penalty of perjury that the facts stated in the complaint are correct. If you need additional space to answer a question, you should attach an additional blank page. You are required to state facts in support of each claim. The complaint should refer to the provision of the federal constitution or federal law on which you are relying, but should not contain legal arguments or citations.

IV. Venue

Your complaint should be brought in the Sacramento Division of this court only if one or more of the named defendants is located in the Sacramento Division of the Eastern District of California or if your claim arose in the Sacramento Division of this district. The Sacramento Division of the Eastern District of California is comprised of the following counties: Alpine, Amador, Butte, Colusa, El Dorado, Glenn, Lassen, Modoc, Mono, Nevada, Placer, Plumas, Sacramento, San Joaquin, Shasta, Sierra, Siskiyou, Solano, Sutter, Tehama, Trinity, Yolo, and Yuba.

"instruct" Revised 2/05

Your complaint should be brought in the Fresno Division of this court only if one or more of the named defendants is located in the Fresno Division of the Eastern District of California or if your claim arose in the Fresno Division of this district. The Fresno Division of the Eastern District of California is comprised of the following counties: Fresno, Calaveras, Inyo, Kern, Kings, Madera, Mariposa, Merced, Stanislaus, Tulare, and Tuolumne.

V.  Mailing the Forms

When all of the forms described in part II are completed, if you are bringing your case in the Sacramento Division, mail the original and copies to:

> Clerk of the U.S. District Court
> for the Eastern District of California
> 501 I Street, Room 4-400
> Sacramento, California 95814

If you are bringing your case in the Fresno Division, mail the original and copies to:

> Clerk of the U.S. District Court
> for the Eastern District of California
> 2500 Tulare Street
> Fresno, California 93721

VI.  After the Complaint is Filed

Once the complaint is filed, the court will review it and decide whether to order service of the complaint on the defendants. You will be sent a copy of any order the court issues. Because of the large volume of cases filed by inmates pending in this court, the court WILL NOT ANSWER INQUIRIES concerning the status of your complaint.

> You must keep the Clerk of the Court informed of any change of address. If you fail to do so, the Clerk cannot be responsible for your failure to receive Court orders. This could result in the dismissal of your suit.

The Clerk of the Court does not provide copies of documents to litigants, Copies of any volume may be obtained from Attorney's Diversified Services (ADS): 1424 21st Street, Sacramento, CA 95814. Their phone number is 916-441-4396. We will, however, provide copies of dockets at the rate of fifty cents ($0.50) per page. Checks in the exact amount are made payable to "Clerk, USDC." In forma pauperis status does not waive the cost of copies. Therefore you must keep copies of all documents submitted to the court for your own records.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

_____          _____
(Name of Plaintiff)                                    (Case Number)

_____
(Address of Plaintiff)

_____

        vs.                                              COMPLAINT

_____

_____

_____
(Names of Defendants)

I. Previous Lawsuits:

    A. Have you brought any other lawsuits while a prisoner:     ☐ Yes     ☐ No

    B. If your answer to A is yes, how many?: _____ Describe the lawsuit in the space
below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper
using the same outline.)

        1. Parties to this previous lawsuit:

          Plaintiff _____

          Defendants _____

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983          Rev'd 5/99

    2.  Court (if Federal Court, give name of District; if State Court, give name of County)

_____

    3.  Docket Number _____

    4.  Name of judge to whom case was assigned _____

    5.  Disposition  (For example: Was the case dismissed? Was it appealed? Is it still pending?)

_____

    6.  Approximate date of filing lawsuit _____

    7.  Approximate date of disposition _____

II.  Exhaustion of Administrative Remedies

    A.  Is there a grievance procedure available at your institution?    ☐ Yes    ☐ No

    B.  Have you filed a grievance concerning the facts relating to this complaint?
                                                ☐ Yes    ☐ No
        If your answer is no, explain why not _____

    C.  Is the grievance process completed?    ☐ Yes    ☐ No

III.  Defendants

    (In Item A below, place the full name of the defendant in the first blank, his/her official
    position in the second blank, and his/her place of employment in the third blank.  Use item B
    for the names, positions and places of employment of any additional defendants.)

    A.  Defendant _____ is employed as _____
    _____ at _____

    B.  Additional defendants _____
    _____
    _____
    _____
    _____
    _____
    _____

IV.    Statement of Claim

(State here as briefly as possible the <u>facts</u> of your case.  Describe how each defendant is involved, including dates and places.  Do not give any legal arguments or cite any cases or statutes.  Attach extra sheets if necessary.)

_____
_____
_____
_____
_____
_____
_____
_____
_____

V.  Relief.

(State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.)

_____
_____
_____
_____
_____
_____
_____
_____

Signed this _____ day of _____, 20_____.


_____
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.


_____                    _____
(Date)                                          (Signature of Plaintiff)

5

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

_____          _____
(Name of Plaintiff)                                              (Case Number)

_____
(Address of Plaintiff)

_____

vs.                                                                    COMPLAINT

_____

_____

_____
(Names of Defendants)

I. Previous Lawsuits:

    A.  Have you brought any other lawsuits while a prisoner:     ☐ Yes     ☐ No

    B.  If your answer to A is yes, how many?: _____ Describe the lawsuit in the space
below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper
using the same outline.)

        1. Parties to this previous lawsuit:

           Plaintiff _____

_____

           Defendants _____

_____

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983          Rev'd 5/99

6

2.  Court (if Federal Court, give name of District; if State Court, give name of County)

_____

3.  Docket Number _____

4.  Name of judge to whom case was assigned _____

5.  Disposition  (For example: Was the case dismissed? Was it appealed? Is it still pending?)
_____

6.  Approximate date of filing lawsuit _____

7.  Approximate date of disposition _____

II.  Exhaustion of Administrative Remedies

A.  Is there a grievance procedure available at your institution?    ☐ Yes    ☐ No

B.  Have you filed a grievance concerning the facts relating to this complaint?
☐ Yes    ☐ No

If your answer is no, explain why not _____

_____

C.  Is the grievance process completed?    ☐ Yes    ☐ No

III.  Defendants

(In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank.  Use item B for the names, positions and places of employment of any additional defendants.)

A.  Defendant _____ is employed as _____
_____ at _____

B.  Additional defendants _____
_____
_____
_____
_____
_____
_____

7

IV.     Statement of Claim

(State here as briefly as possible the <u>facts</u> of your case.  Describe how each defendant is involved, including dates and places.  Do not give any legal arguments or cite any cases or statutes.  Attach extra sheets if necessary.)

_____
_____
_____
_____
_____
_____
_____
_____
_____

V.  Relief.

(State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.)

_____
_____
_____
_____
_____
_____
_____
_____

Signed this _____ day of _____, 20_____.


_____
                                                        (Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.


_____            _____
          (Date)                                                (Signature of Plaintiff)

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

_____          _____
(Name of Plaintiff)                                    (Case Number)

_____
(Address of Plaintiff)

_____

vs.                                              COMPLAINT

_____

_____

_____
(Names of Defendants)

I. Previous Lawsuits:

    A. Have you brought any other lawsuits while a prisoner:   ☐ Yes    ☐ No

    B. If your answer to A is yes, how many?: _____ Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

        1. Parties to this previous lawsuit:

            Plaintiff _____

            Defendants _____

<u>FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983</u>    Rev'd 5/99

2. Court (if Federal Court, give name of District; if State Court, give name of County)

_____

3. Docket Number _____

4. Name of judge to whom case was assigned _____

5. Disposition  (For example: Was the case dismissed? Was it appealed? Is it still pending?)

_____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. Exhaustion of Administrative Remedies

A. Is there a grievance procedure available at your institution?    ☐ Yes        ☐ No

B. Have you filed a grievance concerning the facts relating to this complaint?

☐ Yes        ☐ No

If your answer is no, explain why not _____

_____

C. Is the grievance process completed?    ☐ Yes        ☐ No

III. Defendants

(In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item B for the names, positions and places of employment of any additional defendants.)

A. Defendant _____ is employed as _____
_____ at _____

B. Additional defendants _____

_____
_____
_____
_____
_____
_____

IV.    Statement of Claim

(State here as briefly as possible the <u>facts</u> of your case.  Describe how each defendant is involved, including dates and places.  Do not give any legal arguments or cite any cases or statutes.  Attach extra sheets if necessary.)

_____
_____
_____
_____
_____
_____
_____
_____

V.  Relief.

(State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.)

_____
_____
_____
_____
_____
_____
_____
_____

Signed this _____ day of _____, 20\_\_\_\_\_.


_____
                                                    (Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.


_____        _____
        (Date)                                        (Signature of Plaintiff)

Case 3:08-cv-00043-JAH-LSP    Document 1    Filed 01/07/2008    Page 30 of 67

Case 2:07-cv-01537-FCD-DAD    Document 3-2    Filed 08/01/2007    Page 12 of 14

INFORMATION TO PRISONERS SEEKING LEAVE TO
PROCEED WITH A CIVIL ACTION IN FEDERAL COURT
IN FORMA PAUPERIS PURSUANT TO 28 U.S.C. § 1915

In accordance with 1996 amendments to the in forma pauperis (IFP) statute, as a prisoner you will be obligated to pay the full filing fee of $350.00 for a civil action. If you later file an appeal, the filing fee for the appeal is $455.00.

If you have the money to pay the filing fee, you should send a cashier's check or money order to the court with your complaint, petition, or notice of appeal and, if appropriate, your IFP application.

If you do not have enough money to pay the full filing fee when your action is filed, you can file the action without prepaying the filing fee. However, the court will assess an initial partial filing fee at the time your action is filed. The initial partial filing fee will be equal to 20 percent of the average monthly deposits to your prison or jail account for the six months immediately preceding the filing of the lawsuit, or 20 percent of the average monthly balance in your prison or jail account for that same six month period, whichever is greater. The court will order the agency that has custody of you to take that initial partial filing fee out of your prison or jail account as soon as funds are available and to forward the money to the court.

After the initial partial filing fee has been paid, you will owe the balance of the filing fee. Until the amount of the filing fee is paid in full, each month you will owe 20 percent of your preceding month's income toward the balance. The agency that has custody of you will collect that money and send payments to the court any time the amount in the account exceeds $10.00. The balance of the filing fee may be collected even if the action is later dismissed, summary judgment is granted against you or you fail to prevail at trial.

In order to proceed with an action in forma pauperis you must complete the attached form and return it to the court with your complaint. You must have a prison or jail official complete the Certification section on the back of the form and attach to the form a certified copy of your prison or jail account statement for the last six months. If you submit an incomplete form or do not submit a prison or jail account statement with the form, your request to proceed in forma pauperis will be denied.

Regardless of whether some or all of the filing fee has been paid, the court is required to screen your complaint and to dismiss the complaint if (1) your allegation of poverty is untrue; (2) the action is frivolous or malicious; (3) your complaint does not state a claim on which relief can be granted; or (4) you sue a defendant for money damages and that defendant is immune from liability for money damages.

If you file more than three actions or appeals while you are a prisoner which are dismissed as frivolous or malicious or for failure to state a claim on which relief can be granted, then you will be prohibited from bringing any other actions in forma pauperis unless you are in imminent danger of serious physical injury.

ifpinfo.rev
Revised 02/05

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Plaintiff | **APPLICATION TO PROCEED** |
|  | **IN FORMA PAUPERIS** |
| vs. | **BY A PRISONER** |
|  |  |
| Defendant | **CASE NUMBER:** |

I, _____, declare that I am the plaintiff in the above-entitled
proceeding; that, in support of my request to proceed without prepayment of fees under 28 U.S.C. § 1915,
I declare that I am unable to pay the fees for these proceedings or give security therefor and that I am entitled to
the relief sought in the complaint.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated:  ☐ Yes        ☐ No (If "No" DO NOT USE THIS FORM)

   If "Yes" state the place of your incarceration. _____

   **Have the institution fill out the Certificate portion of this application and attach a certified
   copy of your prison trust account statement showing transactions for the past six months.**

2. Are you currently employed?  ☐ Yes        ☐ No

   a.  If the answer is "Yes" state the amount of your pay.

   b.  If the answer is "No" state the date of your last employment, the amount of your take-home salary or
       wages and pay period, and the name and address of your last employer.

3. In the past twelve months have you received any money from any of the following sources?

   a.  Business, profession or other self-employment        ☐ Yes        ☐ No

   b.  Rent payments, interest or dividends                  ☐ Yes        ☐ No

   c.  Pensions, annuities or life insurance payments        ☐ Yes        ☐ No

   d.  Disability or workers compensation payments           ☐ Yes        ☐ No

   e.  Gifts or inheritances                                 ☐ Yes        ☐ No

   f.  Any other sources                                     ☐ Yes        ☐ No

If the answer to any of the above is "Yes" describe by that item each source of money and state the amount
received **and** what you expect you will continue to receive.  Please attach an additional sheet if necessary.

IFPFORM   Revised 5/99

Case 2:07-cv-01537-FCD-DAD    Document 3-2    Filed 08/01/2007    Page 14 of 14

4. Do you have cash or checking or savings accounts?  ☐ Yes    ☐ No

   If "Yes" state the total amount: _____


5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?                    ☐ Yes       ☐ No

   If "Yes" describe the property and state its value. _____


6. Do you have any other assets?              ☐ Yes        ☐ No

   If "Yes" list the asset(s) and state the value of each asset listed.


7. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.


   I hereby authorize the agency having custody of me to collect from my trust account and forward to the Clerk of the United States District Court payments in accordance with 28 U.S.C. § 1915(b)(2).

   I declare under penalty of perjury that the above information is true and correct.


_____        _____
        DATE                              SIGNATURE OF APPLICANT


**CERTIFICATE**
(To be completed by the institution of incarceration)

   I certify that the applicant named herein has the sum of $_____ on account to his/her credit at

_____ (name of institution).  I further certify that during the past six months

the applicant's average monthly balance was $_____. I further certify that during the past six months the

average of monthly deposits to the applicant's account was $_____.

(Please attach a certified copy of the applicant's trust account statement showing transactions for the past six months.)


_____        _____
        DATE                         SIGNATURE OF AUTHORIZED OFFICER

14

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**FILED**

AUG - 9 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

__LEE FOY,__ _____

Plaintiff(s)/Petitioner(s),

vs.

CASE NO. __2:07–CV–01537–FCD–DAD__

~~THE STATE~~ Nurse Marosail F1- Building 2
3rd Watch

Defendant(s)/Respondents(s).

---

~~IMPORTANT~~
~~PLEASE CHOOSE TO CONSENT OR DECLINE TO CONSENT TO JURISDICTION OF A~~
~~UNITED STATES MAGISTRATE JUDGE. CHECK AND SIGN THE APPROPRIATE~~
~~SECTION OF THIS FORM AND RETURN IT TO THE CLERK'S OFFICE.~~

---

☐ **CONSENT TO JURISDICTION OF**
**UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C Sec. 636(c)(1), the undersigned hereby voluntarily consents to have a United States Magistrate Judge conduct all further proceedings in this case, including trial and entry of final judgment, with direct review by the Ninth Circuit Court of Appeals, in the event an appeal is filed.

Date: 8-6-07 _____    Signature: _Lee Andrew Foy Jr._

Print Name: _Lee Andrew Foy Jr._
(X) Plaintiff/Petitioner ( ) Defendant/Respondent
( ) Counsel for * _____

---

☐ **DECLINE OF JURISDICTION OF**
**UNITED STATES MAGISTRATE JUDGE**

Pursuant to Title 28, U.S.C Sec 636(c)(2), the undersigned acknowledges the availability of a United States Magistrate Judge but hereby declines to consent.

Date: _____    Signature: _____

Print Name: _____
( ) Plaintiff/Petitioner ( ) Defendant/Respondent
( ) Counsel for * _____

---

***If representing more than one party, counsel must indicate name of each party responding.**

Plaintiff's Name Lee Foy.
Inmate No. C-05139
Address F1-1-142 up P.O.Box 799001
San Diego, Ca. 92179-001

**FILED**

AUG - 9 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Lee Foy.
_____
(Name of Plaintiff)

vs.

Nurse Marosoil
F1-1-3rd watch Nurse
_____
_____
(Names of all Defendants)

2:07-CV-01537-FCD-DAD
_____
(Case Number)

COMPLAINT G.B.I. 245 Attempt Murder
in the First Degree 187 Wrong
medication misconduct of staff
Civil Rights Act, 42 U.S.C. § 1983

I. **Previous Lawsuits** (list all other previous or pending lawsuits on back of this form):

A.   Have you brought any other lawsuits while a prisoner? Yes ___ No **X**

B.   If your answer to A is yes, how many? ___ **O** ___
     Describe previous or pending lawsuits in the space below.
     (If more than one, use back of paper to continue outlining all lawsuits.)

     1. Parties to this previous lawsuit:

     Plaintiff One Lee Foy. C-05139

     Defendants One Nurse Marosoil

     2. Court (if Federal Court, give name of District; if State Court, give name of County)

     3. Docket Number **N/A**          4. Assigned Judge **N/A**

     5. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)
        **N/A**

     6. Filing date (approx.) **N/A**          7. Disposition date (approx.) **N/A**

1

## II. Exhaustion of Administrative Remedies

A. Is there an inmate appeal or administrative remedy process available at your institution?

Yes X  No___

B. Have you filed an appeal or grievance concerning **ALL** of the facts contained in this complaint?

Yes X  No___

If your answer is no, explain why not_____

_____

_____

_____

C. Is the process completed?

Yes___          If your answer is yes, briefly explain what happened at each level.

_____

_____

_____

No X          If your answer is no, explain why not.

They Donot answer your appeal in the designated time set fourth and thier's No justice in this appeal system here.

_____

_____

_____

**NOTICE:** Pursuant to the Prison Litigation Reform Act of 1995, "[n]o action shall be brought with respect to prison conditions under [42 U.S.C. § 1983], or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." 42 U.S.C. § 1997e(a). If there is an inmate appeal or administrative remedy process available at your institution, you may not file an action under Section 1983, or any other federal law, until you have first completed (exhausted) the process available at your institution. You are required to complete (exhaust) the inmate appeal or administrative remedy process **before** filing suit, regardless of the relief offered by the process. Booth v. Churner, 532 U.S. 731, 741 (2001); McKinney v. Carey, 311 F.3d 1198, 1999 (9th Cir. 2002). **Even if you are seeking only money damages and the inmate appeal or administrative remedy process does not provide money, you must exhaust the process before filing suit.** Booth, 532 U.S. at 734.

III. Defendants    Case 2:07-cv-01537-FCD-DAD    Document 5    Filed 08/09/2007    Page 3 of 3

(In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item B for the names, positions and places of employment of any additional defendants.)

A.    Defendant _Macosoil_____ is employed as _a 3rd Watch_
_Nurse_____ at _Donavan State Prison, San Diego, Ca._

B.    Additional defendants _____
_____
_____

## IV.    Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

1st She was taid to medicate my ex cell mate who a parnaid schizaprenic she didn't make sure he swollowed his medication he assulted me on 7-3-07 as I was keeping him off me the best I can cause I was under sedation of my medication I fucked up she was at my door seeing everything. 2nd She delibertly has given me the wrong medication which made my heart beat rapitly fast at least 6 times and say its the same medication different color. 3rd Every Correctional oficer that come into Building one she tells them I wrote her up and they stare at a lot knowing that triggers my parnaid illness. 4th She plays psy games with the medication.

## V.    Relief.

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

Move her to another part of Donavan State Prison she very cunning & decieving and should stand accountable for all the unprofessional misconduct she has caused in my incarcerated prison life.

_____
_____

I declare under penalty of perjury that the foregoing is true and correct.

Date _8-6-07_____    Signature of Plaintiff _Creaby,_____

(revised 6/01/04)

3

Name: _L l l Foy._
CDC#: _C-05139_
Facility: _1_ Building: _1_ Cell: _142 up_
P.O. BOX _799001_
SAN DIEGO, CA.  92179_-001_
IN PERSONA PROPRIA

**FILED**

AUG 2 3 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## United States District Court.
## Eastern District Of California.

L l l Foy.
          Plaintiff )
                     )
v.                   )
Nurse Mirasor        )
          Defendent  )
_____)

"REQUEST FOR EXTENSION OF TIME"

Case No. CIV S-07-1537 FCD DAD P

COMES NOW, _Petioner. L l l Foy_ and respectfully submits this "Request For Extension of Time". I make this request for extension of time, my _14 day_ request because I am unable to meet the filing deadline of _September 1, 07_ for the submission of _Deadline_                                        .

for the following reasons:

    1. I am an inmate in the Department of Corrections, and at the present I am incarcerated at the Richard J. Donovan Correctional Facility.

    2. I iam a layman in the field of law, and am representing myself.

1 of 3

3. I have made every effort to prepare and submit the above mentioned document within the prescribed time.

4. On 21 day of August I submitted the above mentioned document for copying at the prison law library and was informed per copying policy, that I would have to wait one to three days before copies would be ready (see exhibit "A").

WHEREFORE, for the reasons stated above, good cause showing, I respectfully request that this honorable court grant me an extension of 14 days for the period of coping.

I declare under the penalty of perjury of the laws of the state of California that the above statement is true and correct.  Executed at the Richard J. Donovan Correctional Facility, San Diego, California on the 21 day of August 07.

////
////
////

3. I have made every effort to prepare and submit the above
mentioned document within the prescribed time.

4. On <u>21</u> day of <u>August</u> I submitted the above
mentioned document for copying at the prison law library and
was informed per copying policy, that I would have to wait one
to three days before copies would be ready (see exhibit "A").

5. I received Mail on 8-14-07 from
United State District Court
Office OF THE CLERK Which your
OFFICE mailed out on 8-1-07 Why
They held it so long I dont Know and it
Was opened befor getting to me.
WHEREFORE, for the reason stated
above, good cause Showing,
I respectfully request that this
Honorable court grant me an
Extension of 14 days for the period
of coping.

**2 of 3**

# Copying Procedure

1. Copies will be done at the library's convenience with a maximum three day turn around barring any problems such as lock downs, machine breakdowns, etc..

2. Only legal documents completed and ready to go to the courts will be copied (no partial writs will be accepted).

3. Inmates must have sufficient funds on their institutional trust account in order to copy nonlegal documents (.10 per page).

4. It will be the inmate's responsibility to plan ahead and submit papers to the library in a timely fashion.

5. Usually copies will be available for pick up the next day unless the sheer number of copies to be made delays copying.

# VERIFICATION

## STATE OF CALIFORNIA
## COUNTY OF SAN DIEGO

### ( C.C.P. SEC. 446 & 2015.5; 28 U.S.C. SEC. 1746 )

I, _Lee Foy_, DECLARE UNDER THE PENALTY OF PERJURY
THAT : I AM THE Declarant/Prisoner         IN THE ABOVE ENTITLED ACTION;
I HAVE READ THE FOREGOING DOCUMENTS AND KNOW THE CONTENTS THEREOF AND THE SAME IS
TRUE OF MY OWN KNOWLEDGE , EXCEPT AS TO MATTERS STATED THEREIN UPON INFORMATION, AND
BELIEF, AND AS TO THOSE MATTERS , I BELIEVE THEM TO BE TRUE.

EXECUTED THIS _21st_ DAY OF _August 07_, AT R.J.D.
STATE PRISON, 480 Alta Road, San Diego,   CA 92179

(SIGNATURE) _____
(DECLARANT/PRISONER)

---

## PROOF OF SERVICE BY MAIL

### (C.C.P. SEC. 1013 (a) & 2015.5; 28 U.S.C. SEC. 1746 )

I, _Lee Foy_, AM A RESIDENT OF _R.J.D._ STATE PRISON, IN THE COUNTY
OF _S.D._  STATE OF CALIFORNIA; I AM OVER THE AGE OF EIGHTEEN (18) YEARS OF AGE AND AM I AM
NOT A PARTY OF THE ABOVE-ENTITLED ACTION. MY STATE PRISON ADDRESS IS: _Lee Foy. C-05139_
_P.O.Box 799001 San Diego, Ca. 92179-001 F1-1-142 up_

ON _8-21-07_, I SERVED THE FOREGOING:

---

(SET FORTH EXACT TITLE OF DOCUMENT(S) SERVED)
ON THE PARTY(S) HEREIN BY PLACING A TRUE COPY(S) THEREOF, ENCLOSED IN A SEALED ENVELOPE
(S), WITH POSTAGE THEREON FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO
PROVIDED AT  Richard J. Donovan Correctional Facility

_EASTERN DISTRICT COURT/_

THERE IS DELIVERY SERVICE BY UNITED STATES MAIL AT THE PLACE SO ADDRESSED, AND THERE IS
REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING AND THE PLACE SO
ADDRESSED. I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATE: _8-21-07_ _____
(DECLARANT/PRISONER)

Hello Office Of The Clerk
My name name is Lee Foy.
C-05139 Case number on file
CIV S-07-1537 FCD DAD P
Currently incarcerated
at Donovan State Prison. I
like to know how I can
add one charge to the
Defendent here in the
Pending case I have
against this party. It was
Previously added but for
Some apparnt reason it wasn't
on for the record and I would

**FILED**

AUG 27 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

Like to add attempted Murder in the first degree 187 with after thought and content to carry out on Plaintiff Lee Foy. C-05139 Donovan State Prison Facility 1 Building 1 cell 142 up



**FILED**

AUG 2 7 2007



CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

_____ Foy.
(Name of Plaintiff)
Donavan State Prison
(Address of Plaintiff)
P.O.Box. 799001, SanDiego, Ca.
92179-001

vs.

Nurse Marosoil F1-1-3rd watch
P.O.Box. 799006
San Diego, Ca. 92179-9006
(Names of Defendants)

CIV S-07-1537 FCD DAD P
(Case Number)

COMPLAINT

Conspiracy to Committ
great Bodily harm with
Malice and Content

**I. Previous Lawsuits:**

    A. Have you brought any other lawsuits while a prisoner:   ☐ Yes   ☒ No

    B. If your answer to A is yes, how many?: _____ Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

       1. Parties to this previous lawsuit:

       Plaintiff_____N/A_____

       Defendants_____N/A_____

<u>FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983</u>    Rev'd 5/99

6

2. Court (if Federal Court, give name of District; if State Court, give name of County)

N/A

3. Docket Number  N/A

4. Name of judge to whom case was assigned  N/A

5. Disposition  (For example: Was the case dismissed? Was it appealed? Is it still pending?)

N/A

6. Approximate date of filing lawsuit  N/A

7. Approximate date of disposition  N/A

II. **Exhaustion of Administrative Remedies**

    A.  Is there a grievance procedure available at your institution?  ☒ Yes     ☐ No

    B.  Have you filed a grievance concerning the facts relating to this complaint?

                                                    ☒ Yes     ☐ No

        If your answer is no, explain why not :

    C.  Is the grievance process completed?  ☒ Yes     ☐ No

III. **Defendants**

    (In Item A below, place the full name of the defendant in the first blank, his/her official
    position in the second blank, and his/her place of employment in the third blank.  Use item B
    for the names, positions and places of employment of any additional defendants.)

    A. Defendant  Nurse Marason  is employed as  a Nurse on
    3rd watch FI-1  at  Donovan State Prison

    B. Additional defendants  None right now

10

IV.   Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

Nurse Marosoil was asked to watch very carefully that my cell partner swollow his pys medication due to parnoid feauters and I was uncomfortably in that cell She never tried to check and she did he swollow it and his illness got worse and for some reason's she took her mishaps out on me. I trusted this nurse as far as giving me the right medication at night on several occassion three weeks my heart felt like it was going to burst due to this nurse giving me the wrong medication. Then she played games

See Attach Sheet

V.   Relief.

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

I want Nurse Marosoil held accountable for her action and wrong doing's as a professional and puting my life in danger if that means criminally weil so be it let the proceeding take place and she be band from this building on facility one building one soon as possible

Signed this 16th day of August, 20 07.

_____
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

8-16-07
(Date)

_____
(Signature of Plaintiff)

5

On giving me my right dosage due to Speculation and hearsay that I told She was'nt smashing up controlled medication and during So made her work more. Due to her misconduct, unprofessional awareness on 7-3-07 This parnoid Skzo-assulted me in the cell and for some reason she was there watching everything with and smirk smile like on her face hopeing I would get seriously hurt. As q now 8-13-07 - 8-14-07 She has been diverted elsewhere on 8-14-07 She enterd back into Building one twice 1st time 12:30pm pointing to my cell and again on 8-14-07 at 3:15pm singleing out my cell to 3rd watch Officer

8-23-07

My Last Letters with copying
of complaint tl didn't have
enough postage for everything
Some im mailing the last form
today 8-23-07 hopeing to make
deadline of 9-4-07 which I have
filed and extention due to the fact
my mail legal is being opened without
me being there the same with outgoing
mail legal they wont to read it, its a mess
but hopefully things is in order now

                    Lule Foy, C-05139

1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10    LEE FOY,

11              Plaintiff,                    No. CIV S-07-1537 FCD DAD P

12        vs.

13    UNKNOWN,

14              Defendants.              <u>ORDER</u>

15    _____/

16              Plaintiff has requested an extension of time to file an application to proceed in

17    forma pauperis pursuant to the court's order of August 1, 2007.  Good cause appearing, IT IS

18    HEREBY ORDERED that:

19              1.  Plaintiff's August 23, 2007 request for an extension of time is granted; and

20              2.  Plaintiff is granted thirty days from the date of this order in which to file an

21    application to proceed in forma pauperis.

22    DATED: August 31, 2007.

23

24                                          _Dale A. Drozd_____

25    DAD:9:cm                              DALE A. DROZD
      foy1537.36ifp                         UNITED STATES MAGISTRATE JUDGE

26

# FILED

SEP 1 4 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

_L.l.l Foy._
(Name of Plaintiff)
_Donovan State Prison_
(Address of Plaintiff)
_P.O.Box 799001, San Diego, Ca._
_92179-001_

vs.

_Nurse Marosal Fl-13 watch_
_AKA mirasor_
_P.O.Box. 799006_
_San Diego, Ca. 92179-9006_
(Names of Defendants)

_CIVS-07-1537 FCD Dad P_
(Case Number)

COMPLAINT

_Conspiracy to Committ great Bodily harm with Malice and Content._

I. Previous Lawsuits:

    A. Have you brought any other lawsuits while a prisoner:    ☐ Yes    ☒ No

    B. If your answer to A is yes, how many?: _____ Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

        1. Parties to this previous lawsuit:

        Plaintiff _N/A_

        Defendants _N/A_

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983      Rev'd 5/99

9

2. Court (if Federal Court, give name of District; if State Court, give name of County)

N/A

3. Docket Number ___N/A___

4. Name of judge to whom case was assigned ___N/A___

5. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)

N/A

6. Approximate date of filing lawsuit ___N/A___

7. Approximate date of disposition ___N/A___

## II. Exhaustion of Administrative Remedies

A. Is there a grievance procedure available at your institution?    ☒ Yes    ☐ No

B. Have you filed a grievance concerning the facts relating to this complaint?

☒ Yes    ☐ No

If your answer is no, explain why not _____

_____

C. Is the grievance process completed?    ☒ Yes    ☐ No

## III. Defendants

(In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item B for the names, positions and places of employment of any additional defendants.)

A. Defendant __Nurse Marason__ is employed as __a nurse on 3rd watch F1-1__ at __Donovan State Prison__

B. Additional defendants __None right now__

_____

_____

_____

_____

_____

10

IV.    Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

Nurse Marosoil was asked to watch very carefully that my cell partner swollow his pys medication due to paranoid features and I was uncomfortably in that cell. She never tried to check and see did he swollow it and his illness got worse and for some reason she took her mishaps out on me. I trusted this nurse as far as giving me the right medication at night on several occassion three exe ate my heart felt like it was going to burst due to this nurse giving me the wrong medication. Then she played games —

V. Relief.                              See Attach Sheet

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

I want Nurse Marosoil held accountably for her actions and wrong doings as a perfessional and puting my life in danger if that means criminally itself so be it let the proceeding take place and she be band from this building on facility one building one soon as possible

Signed this 16TH day of August, 2007.

_____
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

8-16-07
(Date)

_____
(Signature of Plaintiff)

11

on. giving me my right dosage, due to Speculation and hearsay that I told She wasn't smashing up controlled medication and during So made her work more. Due to her misconduct, unperfessional awareness on 7-3-07 This parnoid Skzo-assutted me in the cell and for some reason She was there Watching everything with and Smirk smile like on her face hopeing I Would get Seriously hurt. As of now 8-13-07 - 8-14-07 She has been diverted elsewhere on 8-14-07 She enterd back into Building one twice 1st time 12:30pm Pointing to my cell and again on 8-14-07 at 3:15pm Singleing out my cell to 3rd watch Officer

# CERTIFIED STATEMENT OF TRUST ACCOUNT

. I, , _Lill Foy_____ , _C-05189_ , _F1-1-142 up_
       **Name:**                **CDC #:**        **Housing Unit**

am seeking to bring a civil action or appeal a judgment in
_U.S. District Court Eastern District_ without prepayment of fees
**Title of the Court: (i.e. U. S. District Court)**
**(In Forma Pauperis)** pursuant to 28 U.S.C. 1915(a)(2).


Enter the caption for the legal action:

_Lill Foy_____                v.    _Nurse Marosoil._____
**Plaintiff:**                          **Defendant:**
                                             A.K.A Mirasor

Address of the Court:
Clerk of the U.S. District Court _____
for the Eastern District of California _____
501 I Street Room 4-400 _____
Sacramento, California 95814

In order to proceed, a certified copy of my Trust Fund Account
must be submitted to the court of jurisdiction. I understand
that CDC regulations and the court require that the certified
copy be submitted directly to the Court from the Institution's
Accounting office. I request a statment be sent to the court.

_Lill Foy;_____
**Inmate Signature:**


───────────  ◄────►  ───────────


This form must be submitted to the Central Librarian who will log
the request in and forward the form to the Accounting office at
the institution for processing.

The Inmate Request For Certified Statement Of Trust Account was
received in the Central Library on, _8/16/07_ ,
                                        **Date:**
by _A. R. Peterson_____
   **Name of Librarian who logged request**


───────────  ◄────►  ───────────


A Certified Statement Of Trust Account for a six month period
from _02-01-2007_ through _08-20-2007_ for the above
     **Date:**           **Date:**
identified inmate was processed through the Accounting Office at
the Richard J. Donovan Correctional Facility
on, _8-20-2007_ , by _C.Rodriguez_____
    **Date:**          **Name of person processing**

I, _C. Rodriguez_____ declare that on, _8-20-07_ , I
   **Name of person processing**              **Date:**
deposited the Certified Statement of Trust Account in the United
States Postal Service addressed as follows.


Signed: _C.Rodriguez_____
        **Signature of employee mailing statement**

If you are a prisoner you <u>must</u> have an officer from your institution provide this official certificate as to the amount of money in your prison account. <u>There are no exceptions to this requirement.</u>

**PRISON CERTIFICATE**
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant _____ Lil Foy _____,
(NAME OF INMATE)

_____ C-05139 _____
(INMATE'S CDC NUMBER)

has the sum of $ __.60__ on account to his/her credit at _____

R. J. Donovan Correctional Facility
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities __N/A__

to his/her credit according to the records of the aforementioned institution. I further certify that **during**

**the past six months** the applicant's *average monthly balance* was $ __.10__,

and the *average monthly deposits* to the applicant's account was $ __.10__

ALL PRISONERS *MUST* ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT
STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD
IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).

__8-20-07__
DATE

__C Rodriguez__
SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

__C. Rodriguez__
OFFICER'S FULL NAME (PRINTED)

__Account Clerk II__
OFFICER'S TITLE/RANK

REPORT ID: TS3030                                          REPORT DATE: 08/20/07
                                                           PAGE NO:      1

                        CALIFORNIA DEPARTMENT OF CORRECTIONS
                             R.J.DONOVAN CORR. FACILITY
                            INMATE TRUST ACCOUNTING SYSTEM
                            INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: FEB. 01, 2007 THRU AUG. 20, 2007

ACCOUNT NUMBER : C05139                   BED/CELL NUMBER: F10100000000142U
ACCOUNT NAME   : FOY, LEE ANDREW               ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                              TRUST ACCOUNT ACTIVITY

     << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                              TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.60 | 0.00 | 0.00 | 0.60 | 0.00 | 0.00 |

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED        CURRENT
BY THIS OFFICE.                             AVAILABLE
ATTEST:    8-20-07                          BALANCE
CALIFORNIA DEPARTMENT OF CORRECTIONS        ---------
BY                                             0.60
     TRUST OFFICE                           ---------

1          In accordance with the above, IT IS HEREBY ORDERED that:

2          1.  Plaintiff is granted thirty days from the date of service of this order to file a

3   complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil

4   Procedure, and the Local Rules of Practice; the complaint must bear the docket number assigned

5   this case; plaintiff must file an original and two copies of the complaint.  Plaintiff shall also

6   submit, within thirty days from the date of this order, the application to proceed in forma

7   pauperis on the form provided by the Clerk of Court, or the filing fee in the amount of $350.00.

8   Plaintiff's failure to comply with this order will result in a recommendation that this matter be

9   dismissed; and

10          2.  The Clerk of the Court is directed to send plaintiff the court's form for filing a

11  civil rights action, and the application to proceed in forma pauperis by a prisoner.

12  DATED: August 1, 2007.

13

14                              _Dale A. Drozd_

15                              DALE A. DROZD
                                UNITED STATES MAGISTRATE JUDGE

16  DAD/9/bb
    foy1537.noc
17

18

19

20

21

22

23

24

25

26

                                     2

Hello Office of the clerk my name is Lee Foy fileing under case number 1IVS-07-1537 FCD DADP for some reason Office of the Clerk during my cell nate transfere some of my legal work was taken ike my Order of the court document I need i

**FILED**

OCT 1 5 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFOR
BY _____
DEPUTY CLERK

Order to have the United States Marshals Servic to delieever charges to defendent in this case

If your office can help
me obtain this document
Please forward it as
soon as your office possible
can. Thank you very much

Lee Foy. C-05139
Donovan State Prison
San Diego, CA.
92179-9001

## PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA        )
                           ) SS
COUNTY OF SAN DIEGO )

[C.C.P. §§ 446, 2015.5; 28 U.S.C. §1746]

I, _Lilil Foy_, am a resident of the State of California and am over the age of eighteen years and am not a party to the above-entitled action. My address is listed below.

On _10-9-07_, I served the following documents:

by placing a true copy thereof enclosed in a sealed envelope with First Class postage thereon fully prepaid in the United States Mail by delivering to prison officials for processing through the Institution's internal legal mail system at San Diego California, addressed as follows::

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed in the County of San Diego, California on _10-9-07_

_Lilil Foy_, C-05139
E1-1-142 up
P.O. Box _799001_
San Diego, CA   92179-900 1

Pursuant to the holding of the United States Supreme Court in Houston v. Lack 108 S. Ct. 2379, 487 U.S. 266, 101 L.Ed.2d 245 (1988) and FRAP, Rule 4 (c) inmate legal documents are deemed filed on the date they are delivered to prison staff for processing and mailing via the Institution's internal legal mail procedures.

2:07 cv 1537 FCD DAD

# FILED

NOV - 9 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

To. Honorable Magistrate Judge

Dale A. Drozd.

My name is Lee Foy. C-05139 Currently incarcerated at Donovan State Prison San Diego. Case No. 2:07-CV-■1537-FCD-DAD. PC 550 Prisoner: Civil Rights case.

In this case Petitioner feels that and additional charge against nurse Mirasol, <u>Defendent</u> in this case. Futhermore I did obtain forms from U.S. Department of Justice. United States Marshals Service. USM-285 form for criminal Charges. The USM-285 forms (2) was sent back stating I need and Order of The court document. On 11-2-07 I received and opened letter from United States Courts.

Office of The Clerk, United States District court. Eastern District. Stating the Clerks office does not provide copies of documents to parties. Office entered 10-16-07. For some reason my forms always state Defendent unknown.

It's Plaintiff. Lee Foy.

   Defendent. Nurse Mirasol

Case 2:07-cv-01537-FCD-DAD    Document 19    Filed 11/09/2007    Page 3 of 6

Here at Donovac State Prison. Facility one
yard building 1. Lots of Legal Mail is
brought to you opened with tape keeping
it sealed. For mental Health patience
Such as myself in E.O.P. level of care or
right's and 1st amendment is violated
constantly with the administration
taking no heed to the Judicial system
always putting stumbling in your path
hindering your quest and right to bring
a state employee befor Justice. If
Nurse Mirasol Defendent in this
case wasn't guility why her co-workers
and Correctional Police goes out thier
way opening all my legal Mail without
my present being there. So
Honorable Magistrate Judge. Dale A. Drozd.
you see what im dealing with and with
full respect can you send the
Order Of The Court Document.

Signed By Lee Toy. C-05139
Lee Toy. C-05139
Date

# EXHIBIT COVER PAGE



**EXHIBIT**

## DESCRIPTION OF THIS EXHIBIT:

## NUMBER OF PAGES TO THIS EXHIBIT: _____ PAGES.

## JURISDICTION: (Check only one)

☐ CDCR Administrative Appeal

☐ California Victim Compensation
   And Government Claims Board

☐ Municipal Court

☐ Superior Court

☐ Appellate Court

☐ State Supreme

☒ United States District Court

☐ United States Circuit Court

☐ United States Supreme Court

Approved for
use with Judicial
Council forms
Jan 1997

049182023891
$ 00.410
10/31/2007
Mailed From 95819
US POSTAGE

opened without my
Presents and taped

**UNITED STATES COURTS**
OFFICE OF THE CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA 501 I ST., STE 4-200
SACRAMENTO, CALIFORNIA 95814-2322

OFFICIAL BUSINESS

C06139

FI-1-142M

92173-5001

## PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA        )
                          ) SS
COUNTY OF  SAN DIEGO )

[C.C.P. §§ 446, 2015.5; 28 U.S.C. §1746]

I, _L.L.l Fou._____, am a resident of the State of California and am over the age of eighteen years and am not a party to the above-entitled action.   My address is listed below.

On  11-6-07_____, I served the following documents:

by placing a true copy thereof enclosed in a sealed envelope with First Class postage thereon fully prepaid in the United States Mail by delivering to prison officials for processing through the Institution's internal legal mail system at San Diego California, addressed as follows::

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.   Executed in the County of San Diego, California on  11-6-07_____

_L.L.l Fou. C-05139
F.1-1-14 # up.
P.O. Box  799001_____
San Diego, CA    92179-900 |

Pursuant to the holding of the United States Supreme Court in Houston v. Lack 108 S. Ct. 2379, 487 U.S. 266, 101 L.Ed.2d 245 (1988) and FRAP, Rule 4 (c) inmate legal documents are deemed filed on the date they are delivered to prison staff for processing and mailing via the Institution's internal legal mail procedures.

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**FILED**
JAN - 7 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**I (a) PLAINTIFFS**

Lee Foy

2254        DEFENDANTS

FILING FEE PAID
Yes ___   No ___

IFP MOTION FILED
Yes ___   No ___

COPIES SENT TO
Court ___   Fees ___

Marosni

**(b) COUNTY OF RESIDENCE OF FIRST LISTED** San Diego
**PLAINTIFF**
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**     ATTORNEYS (IF KNOWN)

Lee Foy
PO Box 799001
San Diego, CA 92179
C-01539

'08 CV 0043 JAH LSP

**II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)**

☐ 1 U.S. Government Plaintiff
☑ 3 Federal Question
  (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III

**III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX**
**(For Diversity Cases Only)       FOR PLAINTIFF AND ONE BOX FOR DEFENDANT**

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).**

### 42 USC 1983

**V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | **PERSONAL INJURY** | **PERSONAL INJURY** | | | |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury- Medical Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ 120 Marine | ☐ 315 Airplane Product Liability | | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | ☐ 340 Marine | | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities Exchange |
| ☐ 153Recovery of Overpayment of Veterans Benefits | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC |
| ☐ 160 Stockholders Suits | | ☐ 385 Property Damage Product Liability | ☐ 710Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | | | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 530 General | ☐ 790 Other Labor Litigation | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Electmant | ☐ 443 Housing/Accommodations | ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. Security Act | | |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 540 Mandamus & Other | | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☑ 550 Civil Rights | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 555 Prisoner Conditions | | | |

**VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)**

☐ 1 Original Proceeding  ☐ 2 Removal from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☑ 5 Transferred from another district (specify) EASTERN CA  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:**  ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23   DEMAND $   Check YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY (See Instructions):** JUDGE _____   Docket Number _____

DATE   1/7/2008        SIGNATURE OF ATTORNEY OF RECORD