1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

LEE FOY,
CDCR #C-01539,

                                        Plaintiff,

                  vs.

MARISOIL, Nurse,

                                        Defendant.

Civil No.    08-0043 JAH (LSP)

**ORDER DISMISSING CASE
WITHOUT PREJUDICE FOR
FAILING TO PAY FILING FEES
PURSUANT TO 28 U.S.C. § 1914(a)
AND/OR MOVE TO PROCEED
*IN FORMA PAUPERIS*
PURSUANT TO
28 U.S.C. § 1915(a)**

19     Lee Foy ("Plaintiff"), a state prisoner currently incarcerated at the Richard J. Donovan

20  Correctional Facility located in San Diego, California, and proceeding pro se, initially filed this

21  civil rights action pursuant to 42 U.S.C. § 1983 in the Eastern District of California.  United

22  States Magistrate Judge Dale Drozd determined that the named Defendant resides and the claims

23  arose in the County of San Diego.  Thus, this matter was transferred to the Southern District of

24  California on January 3, 2008.

25  **I.     Failure to Pay Filing Fee or Request IFP Status**

26     Effective April 9, 2006, all parties instituting any civil action, suit or proceeding in a

27  district court of the United  States, other than a writ of habeas corpus, must pay a filing fee of

28  $350. *See* 28 U.S.C. § 1914(a).  An action may proceed despite a party's failure to pay only if

the party is granted leave to proceed *in forma pauperis* ("IFP") pursuant to 28 U.S.C. § 1915(a).

*See Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999).

Here, Plaintiff has neither prepaid the $350 filing fee required to commence this action, nor has he submitted a Motion to Proceed IFP.  Therefore, this action is subject to immediate dismissal pursuant to 28 U.S.C. § 1914(a).

**II**.    **Conclusion and Order**

For the reasons set forth above, the Court hereby:

(1)    **DISMISSES** this action sua sponte without prejudice for failing to pay the $350 filing fee or file a Motion to Proceed IFP pursuant to 28 U.S.C. §§ 1914(a) and 1915(a); and

(2)    **GRANTS** Plaintiff forty five (45) days leave from the date this Order is stamped "Filed" to:  (a) prepay the entire $350 civil filing fee in full; *or* (b) complete and file a Motion to proceed IFP which includes a certified copy of his trust account statement for the 6-month period preceding the filing of his Complaint pursuant to 28 U.S.C. § 1915(a)(2).

**IT IS FURTHER ORDERED** that the Clerk of the Court shall provide Plaintiff with the Court's approved form "Motion and Declaration in Support of Motion to Proceed *In Forma Pauperis*."  If Plaintiff fails to either prepay the $350 civil filing fee or complete and submit the attached Motion to Proceed IFP within that time, this action shall remain dismissed without prejudice and without further Order of the Court.

**IT IS SO ORDERED.**

DATED:  January 11, 2008

JOHN A. HOUSTON
United States District Judge