(1)

Yo. Office Of The Clerk:

I'm writing in reguards of The legal Process here at Donovan State Prison & Violation of Due Process rights. My switch over from Eastern District Of California to your Southern District. United States District Judge John A. Houston gave me a 45 days to complete and mail in the documents for Pro-SE and a certified Trust Account Statement of my account for the past Six months. On 1-16-08 Senior Librarian A.R. Peterson RJD Legal Library turned this Form which usually takes 72 hours

At the most they have me on hold trying to overlap my deadline date cause they know my legal documents was opened prior befor my presents which is out of context. The defendent in this matter has lost's of friend's to delay my process.

Now Petionar Lee Foy. C-05139 Come befor The United States District Court. Southern District of California. Seeking help in granting my hand written motion for a Extention for thirty days or untill my due process rights is restored threw the legal system here at RJD State Prison.

Respectfully Summitted 1-29-08
Signed By Lee Foy. C-05139. 1-29-08

## PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA   )
                                            ) SS
COUNTY OF SAN DIEGO )

[C.C.P. §§ 446, 2015.5; 28 U.S.C. §1746]

I, Bill Foy, am a resident of the State of California and am over the age of eighteen years and am not a party to the above-entitled action. My address is listed below.

On 1-29-08, I served the following documents:

by placing a true copy thereof enclosed in a sealed envelope with First Class postage thereon fully prepaid in the United States Mail by delivering to prison officials for processing through the Institution's internal legal mail system at San Diego California, addressed as follows::

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed in the County of San Diego, California on 1-29-08

Bill Foy, C-05139
F1-1-145 Low
P.O. Box 799001
San Diego, CA  92179-9001

**Pursuant to the holding of the United States Supreme Court in <u>Houston v. Lack</u> 108 S. Ct. 2379, 487 U.S. 266, 101 L.Ed.2d 245 (1988) and FRAP, Rule 4 (c) inmate legal documents are deemed filed on the date they are delivered to prison staff for processing and mailing via the Institution's internal legal mail procedures.**