__Lulu Foy.__
PLAINTIFF/PETITIONER/MOVANT'S NAME

__C-05139__
PRISON NUMBER

__Donovan State Prison__
PLACE OF CONFINEMENT

ADDRESS __F1-1-145L P.O. Box 799001__
__San Diego, Ca.__
__92179-9001__

FILED
2008 FEB -6 PM 3: 13
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# United States District Court
## Southern District Of California

__Lulu Foy.__,
Plaintiff/Petitioner/Movant

v.

__Mirasol Nurse__,
Defendant/Respondent

Civil No. __08-0043 JAH (LSP)__
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS**

I, __Lulu Foy.__, declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**
1. Are you currently incarcerated? ☒ Yes ☐ No     (If "No" go to question 2)
    If "Yes," state the place of your incarceration _____
    Are you employed at the institution?                  ☐ Yes ☒ No
    Do you receive any payment from the institution?      ☐ Yes ☒ No
    [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

2. Are you currently employed? ☐ Yes ☑ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer._____
   _____
   _____
   _____

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. 1990 Private Security.
   _____
   _____
   _____

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment     ☐ Yes ☑ No
   b. Rent payments, royalties interest or dividends    ☐ Yes ☑ No
   c. Pensions, annuities or life insurance             ☐ Yes ☑ No
   d. Disability or workers compensation                ☐ Yes ☑ No
   e. Social Security, disability or other welfare      ☐ Yes ☑ No
   e. Gifts or inheritances                             ☐ Yes ☑ No
   f. Spousal or child support                          ☐ Yes ☑ No
   g. Any other sources                                 ☐ Yes ☑ No

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month._____
   _____
   _____

4. Do you have any checking account(s)? ☐ Yes ☑ No
   a. Name(s) and address(es) of bank(s):_____
   b. Present balance in account(s):_____

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts? ☐ Yes ☑ No
   a. Name(s) and address(es) of bank(s):_____
   b. Present balance in account(s):_____

6. Do you own an automobile or other motor vehicle? ☐ Yes ☑ No
   a. Make:_____ Year:_____ Model:_____
   b. Is it financed? ☐ Yes ☐ No
   c. If so, what is the amount owed?_____

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
☐ Yes  ☒ No
If "Yes" describe the property and state its value._____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. __N/A__

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable):_____
__N/A__

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]):__ N/A __

12. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you must explain the sources of funds for your day-to-day expenses.____
__N/A__

**I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.**

__1-15-08__
DATE

__[signature]__
SIGNATURE OF APPLICANT

If you are a **prisoner** you must have an officer from your institution provide this official certificate as to the amount of money in your prison account. There are no exceptions to this requirement.

## PRISON CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant ___Will Foy___,
(NAME OF INMATE)

___C-05139___,
(INMATE'S CDC NUMBER)

has the sum of $_____ on account to his/her credit at _____

_____.
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities _____

to his/her credit according to the records of the aforementioned institution. I further certify that **during the past six months** the applicant's *average monthly balance* was $_____,

and the *average monthly deposits* to the applicant's account was $_____.

ALL PRISONERS *MUST* ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).

_____
DATE

_____
SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

_____
OFFICER'S FULL NAME (PRINTED)

_____
OFFICER'S TITLE/RANK

## TRUST ACCOUNT WITHDRAWAL AUTHORIZATION
### (Incarcerated applicants only)

(This form **MUST** be completed by the <u>prisoner</u> requesting to proceed <u>in forma pauperis</u>. An incomplete "Trust Account Withdrawal Authorization Form," or "Prison Certificate" will result in automatic denial of the prisoner's request to proceed <u>in forma pauperis</u>.)

I, _____Foy, C-05139_____, request and authorize the agency holding me in
(Name of Prisoner/ CDC No.)

custody to prepare for the Clerk of the United States District Court for the Southern District of California, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action pursuant to the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, Title VIII, §§ 801-10, 110 Stat. 1321 (1996).

This authorization is furnished in connection with a civil action filed in the Southern District of California, and I understand that, pursuant to 28 U.S.C. §§ 1914 and 1915(b)(1), the total amount of filing fees for which I am obligated is either ☐ $250 (civil complaint) or ☐ $5 (habeas corpus petition) (check one). I also understand that this fee will be debited from my account regardless of the outcome of this action. This authorization shall apply to any other agency into whose custody I may be transferred.

_____       _____
DATE                                SIGNATURE OF PRISONER

```
REPORT ID: TS3030  .701                                    REPORT DATE: 12/10/07
                                                           PAGE NO:        1
                     CALIFORNIA DEPARTMENT OF CORRECTIONS
                          R.J.DONOVAN CORR. FACILITY
                         INMATE TRUST ACCOUNTING SYSTEM
                         INMATE TRUST ACCOUNT STATEMENT

               FOR THE PERIOD: MAY  01, 2007 THRU DEC. 10, 2007

ACCOUNT NUMBER : C05139               BED/CELL NUMBER: F10100000000145L
ACCOUNT NAME   : FOY, LEE ANDREW       ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                            TRUST ACCOUNT ACTIVITY

  << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>


                           CURRENT HOLDS IN EFFECT
   DATE      HOLD
  PLACED     CODE        DESCRIPTION              COMMENT       HOLD AMOUNT
  ----------  ----    --------------------------  ----------    -----------
  08/22/2007  H110    COPIES HOLD                 0929/JUL07         1.15
  08/22/2007  H110    COPIES HOLD                 0929/JUL07         0.80

                           TRUST ACCOUNT SUMMARY

  BEGINNING     TOTAL         TOTAL        CURRENT       HOLDS      TRANSACTIONS
   BALANCE    DEPOSITS    WITHDRAWALS     BALANCE      BALANCE      TO BE POSTED
  ---------  ----------   ------------   ---------    ---------    -------------
      0.60        0.00          0.00         0.60         1.95            0.00
```



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 12-10-2007
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY C. Rodriguez
   TRUST OFFICE

```
                                                            CURRENT
                                                           AVAILABLE
                                                            BALANCE
                                                           ---------
                                                              1.35-
```

## PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA )
) SS
COUNTY OF SAN DIEGO )

[C.C.P. §§ 446, 2015.5; 28 U.S.C. §1746]

I, _[Foy]_____, am a resident of the State of California and am over the age of eighteen years and am not a party to the above-entitled action. My address is listed below.

On _1-15-08_____, I served the following documents:

by placing a true copy thereof enclosed in a sealed envelope with First Class postage thereon fully prepaid in the United States Mail by delivering to prison officials for processing through the Institution's internal legal mail system at San Diego California, addressed as follows::

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed in the County of San Diego, California on _1-15-08_____

_Foy, C-05139_
_F1-1-145 Low_
P.O. Box _799001_
San Diego, CA   92179-9001

Pursuant to the holding of the United States Supreme Court in Houston v. Lack 108 S. Ct. 2379, 487 U.S. 266, 101 L.Ed.2d 245 (1988) and FRAP, Rule 4 (c) inmate legal documents are deemed filed on the date they are delivered to prison staff for processing and mailing via the Institution's internal legal mail procedures.