# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

FILED
2008 MAR -7 AM 8:34
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: ___ DEPUTY

TO: ☑ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE Houston
FROM: R. Mullin, Deputy Clerk            RECEIVED DATE: 2/29/2008
CASE NO.: 08cv0043 JAH (LSP)   DOCUMENT FILED BY: Plaintiff
CASE TITLE: Foy v. Marisoil
DOCUMENT ENTITLED: Letter (Re: Request for Extension of Time to Submit Trust Acct Statement)

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | **5.4** | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| X | 77.2 | **OTHER: Order not grantable by the Clerk without further direction of the Judge.** Document already on file [Doc. No 6] |

Date forwarded: 3/5/2008

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

☐ The document is to be filed nunc pro tunc to date received.

☑ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☐ Yes.   Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: Judge Houston

Dated: 3/6/08    By: SPL / PSLC
cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]

① 2-21-08

**REJECTED**

Hello Office Of The Clerk. United States District Court. Southern District of California. My last motion before the Court I forwarded one Document concerning a trust Statement for my representation in Forma Pauperis. on 1-31-08 This Prison. R.J.D State Prison readvised and Changed the Procedures in the Processing for Forma Pauperis. I'm forwarding the Court's one of the original copies signed by R.Cobb. Litigation Coordinator. R.J. Donovan Correctional Facility. Me personally I don't Understand why so many Peoples