Name: Bill Foy.
CDC#: C-05139
Facility: 1   Building: 1   Cell: 145 Low
P.O. BOX 799001
SAN DIEGO, CA. 92179-9001
IN PERSONA PROPRIA

FILED
2008 MAR 11 PM 2:48
CLERK US DC
SOUTHERN DISTRICT OF CALIFORNIA
BY ____RM____ DEPUTY

United States District Court
Southern District of California (San Diego)

Bill Foy,
         Plaintiff

v.

Nurse Mirasol
         Defendant

"REQUEST FOR EXTENSION OF TIME"

Case No. 308-CV-00043-JAH-LSP

COMES NOW, ~~_____~~ March 6th _____ and respectfully submits this "Request For Extension of Time". I make this request for extension of time, my 90 day request because I am unable to meet the filing deadline of March 31, 08 for the submission of _____,
for the following reasons:

   1. I am an inmate in the Department of Corrections, and at the present I am incarcerated at the Richard J. Donovan Correctional Facility.

   2. I am a layman in the field of law, and am representing myself.

1 of 3

3. See attached letter

To: United States District Court.
Southern District of California.
Office of The Court Clerk.

I'm Lee Foy. C-05139 at Donovan State Prison. I'm writing to let your office and The Court Judge know how the legal process here at Donovan State Prison is when filing complaints or utilizing the Judicial court system for help. On 2-7-08 I started the process Procedure in processing in Forma Pauperis first step in the memorandum dated 1-31-08. The Trust office refuses to answer my letter asking why such a long delay.

②

Today 3-6-08 I went to Counselor Juarez office which is located in my housing unit Facility One building one he bacsiclly chewed me out for asking about the legal forms from the trust office stating how busy he is. It should also be noted that the defendent in this case also works in this building so road blockages is always forming to hender my process. This prison strips you from your First Amendment always stoping your due process right. this is why im seeking 90 days extention hopefully things will get processed by then Thank You [signature] C05139 Dated-3-6-08

State of California                                              Department of Corrections and Rehabilitation

# Memorandum

Date : January 31, 2008

To : Inmate Population at R. J. Donovan Correctional Facility

Subject: **PROCEDURES FOR PROCESSING IN FORMA PAUPERIS**

1. The inmate sends his request along with his entire completed and signed **authentic** in Forma Pauperis Application, which may be obtained from the law library. The paperwork will then be turned in to the law library staff, they will forward to the Trust Office. **Be advised that if you send a handwritten non-authentic In Forma Pauperis to the courts, it may be rejected or require notarization which you are required to pay for regardless if you are indigent or not.**

2. The Trust Office attaches a certified trust account statement.

3. The Trust Office forwards all paperwork to the Litigation Coordinators Office.

4. The Litigation Coordinators Office will forward paperwork to the inmate's assigned Correctional Counselor I. **At NO time will the inmate handle, copy or possess the Certified Statement of Trust Account.**

5. The Correctional Counselor I inserts the six month certified statement in the envelope along with the court documents in the presence of the inmate, seals the envelope, and processes it out of the institution as legal mail with a signed Trust Withdrawal Order from the inmate. **No additional copies will be provided.**

6. The Correctional Counselor I completes the Litigation Route Slip and returns it to the Litigation Coordinators Office showing work has been completed.

7. The Litigation Coordinators Office will maintain completed Route Slips in a file.

8. If the inmate does not have his court documents ready to mail, the Counselor will attempt to complete the procedure one or two days later. If the inmate still is not ready or refuses to follow the procedure, the attempt of service will be documented on the route slip and all documents will be returned to the Litigation Office to be filed. When the inmate is ready he may request them from the Litigation Office.

Original Signed By

R. COBB, Litigation Coordinator
R. J. Donovan Correctional Facility

CDC 1617 (3/89)

CERTIFED STATEMENT OF TRUST ACCOUNT

---

I, __L*ll* Foy__, __C-05139__, __F1-1-145 Low__
  Name:                CDC # :            Housing Unit:

am seeking to bring a civil action or appeal a judgment in the
__United States District Court__ without prepayment of fees
Title of the Court: (i.e. U. S. District Court)
(In Forma Pauperis) pursuant to 28 U. S. C. 1915 (a) (2).

Enter the caption for the legal action:
__L*ll* Foy__ v. __Nurse Mirasol__
Plaintiff:                Defendant:

Address of the Court:  __United States District Court__
__Southern District of California__
__880 Front Street, Suite 4290__
__San Diego, California. 92101-8900__

In order to proceed, a certified copy of my Trust Fund Account must be submitted to the court of jurisdiction. I understand that CDC regulations and the court require that the certified copy be submitted directly to the Court from the Institution.

__*signature* Foy. 2-7-08__
Inmate Signature:

---

**Library Section**

This form must be submitted to the Central Librarian who will log the request in and forward the form to the Accounting Office at the Institution for processing.

The Inmate request for Certified Statement of Trust Account was received in the Central Library on, __2-7-08__, by __*signature*__.
                       Date:                       Name of Librarian who logged request:

---

**Accounting Section**

A Certified Statement of the inmates Trust Account for a six month period from_____through_____, for the above identified inmate was processed through the R. J. Donovan Accounting Office on, _____, by _____, and forwarded to the
Date:                Name of Accounting Staff processing statement:
Litigation Coordinators Office.

---

**Counselor Section**

I, _____ declare that on, _____, I
Name of Counselor processing:           Date:
forwarded the Certified Statement of the Trust Account to the mailroom for processing through the United States Postal Service addressed as indicated on the envelope filled out by the above inmate.

## PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA   )
                      ) SS
COUNTY OF SAN DIEGO   )

[C.C.P. §§ 446, 2015.5; 28 U.S.C. §1746]

I, _____, am a resident of the State of California and am over the age of eighteen years and am not a party to the above-entitled action. My address is listed below.

On 3-6-08, I served the following documents:

by placing a true copy thereof enclosed in a sealed envelope with First Class postage thereon fully prepaid in the United States Mail by delivering to prison officials for processing through the Institution's internal legal mail system at San Diego California, addressed as follows::

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed in the County of San Diego, California on 3-6-08.

_____ C-05139
F1-1-145-40w
P.O. Box 199001
San Diego, CA   92179-9001

Pursuant to the holding of the United States Supreme Court in Houston v. Lack 108 S. Ct. 2379, 487 U.S. 266, 101 L.Ed.2d 245 (1988) and FRAP, Rule 4 (c) inmate legal documents are deemed filed on the date they are delivered to prison staff for processing and mailing via the Institution's internal legal mail procedures.