1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE FOY,<br>CDCR #C-01539,<br><br>    Plaintiff,<br><br>vs.<br><br>MARISOIL, Nurse,<br><br>    Defendant. | Civil No.   08-0043 JAH (LSP)<br><br>**DENYING MOTION FOR EXTENSION OF TIME TO FILE MOTION TO PROCEED** *IN FORMA PAUPERIS* **AS MOOT**<br><br>**[Doc. No. 9]** |

On March 11, 2008, Plaintiff filed a Motion for Extension of Time to File a Motion To Proceed *In Forma Pauperis* ("IFP") [Doc. No. 9].  However, the Court had already granted Plaintiff's Motion to Proceed *IFP* on March 10, 2008 [Doc. No. 8].  Thus, the Court **DENIES** Plaintiff's Motion for Extension of Time as moot.

**IT IS SO ORDERED.**

DATED:  March 24, 2008

_____
JOHN A. HOUSTON
United States District Judge