# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

**FILED**

2008 MAR 25 AM 8:03

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

By _____ DEPUTY

TO: ☑ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE   Houston

FROM: R. Mullin, Deputy Clerk        RECEIVED DATE: 3/21/2008

CASE NO.: 08cv0043 JAH (LSP)    DOCUMENT FILED BY: Plaintiff

CASE TITLE: Foy v. Marisoil

DOCUMENT ENTITLED: Trust Account Statement

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | 5.4 | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| X | | **OTHER: Motion for IFP already Granted. Case closed as of 3/10/2008.** |

Date forwarded: 3/21/2008

### ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

☐ The document is to be filed nunc pro tunc to date received.

☑ The document is NOT to be filed, but instead REJECTED, and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☐ Yes.   Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: Judge Houston

Dated: 3/24/08      By: SAR/PSLL

cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]

```
REPORT ID: TS3030   .701                              REPORT DATE: 02/08/08
                                                      PAGE NO:           1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                         R.J.DONOVAN CORR. FACILITY
                        INMATE TRUST ACCOUNTING SYSTEM
                        INMATE TRUST ACCOUNT STATEMENT

              FOR THE PERIOD: SEP. 01, 2007 THRU FEB. 08, 2008

ACCOUNT NUMBER : C05139                  BED/CELL NUMBER: F10100000000145L
ACCOUNT NAME   : FOY, LEE ANDREW         ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                            TRUST ACCOUNT ACTIVITY

  << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>


                          CURRENT HOLDS IN EFFECT
 DATE         HOLD
 PLACED       CODE      DESCRIPTION            COMMENT       HOLD AMOUNT
 ----------   ----      -----------------      ----------    -----------
 08/22/2007   H110      COPIES HOLD            0929/JUL07           1.15
 08/22/2007   H110      COPIES HOLD            0929/JUL07           0.80
 12/11/2007   H110      COPIES HOLD            2909/COPY            0.40
 01/17/2008   H110      COPIES HOLD            3598/DEC07           2.80
 01/17/2008   H110      COPIES HOLD            3598/DEC07           5.50
 01/17/2008   H110      COPIES HOLD            3598/JAN08           2.25
 01/17/2008   H110      COPIES HOLD            3598/JAN08           0.60
 01/17/2008   H110      COPIES HOLD            3598/DEC07           0.30
 01/17/2008   H110      COPIES HOLD            3598/OCT07           3.25
 01/17/2008   H110      COPIES HOLD            3598/NOV07           2.80
 01/28/2008   H110      COPIES HOLD            3820/JAN08           1.70
 02/01/2008   H110      COPIES HOLD            3951/JAN08           4.90

                          TRUST ACCOUNT SUMMARY
 BEGINNING     TOTAL       TOTAL        CURRENT      HOLDS      TRANSACTIONS
 BALANCE       DEPOSITS    WITHDRAWALS  BALANCE      BALANCE    TO BE POSTED
 ----------    --------    -----------  --------     --------   ------------
      0.60        0.00          0.00        0.60       26.45            0.00

                                                        CURRENT
                                                        AVAILABLE
                                                        BALANCE
                                                        ---------
                                                           25.85-
```

**REJECTED**



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 02-08-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY  W. GARCIA
       TRUST OFFICE