(Name) L.l Foy.
(Address) F1-1-145 low P.O.Box.799001
(City, State, Zip) San Diego, CA. 92179
(CDC Inmate No.) C-05139



FILED
APR - 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY KM        DEPUTY

# United States District Court
## Southern District of California

L.l Andrew Foy Jr.,
(Enter full name of plaintiff in this action.)

Plaintiff,

v.

Mirasol (Nurse)
J. Nigro C/o,
_____,
_____,
(Enter full name of each defendant in this action.)

Defendant(s).

) 08CV0043 JAH (LSP)
) Civil Case No._____
) (To be supplied by Court Clerk)
)
) **FIRST AMENDED**
) Complaint under the
) Civil Rights Act
) 42 U.S.C. § 1983

## A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below.

_____

## B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of Plaintiff, L.l Foy, (print Plaintiff's name) _____, who presently resides at Donovan State Prison, San Diego, Ca., (mailing address or place of confinement) were violated by the actions of the below named individuals. The actions were directed against Plaintiff at Donovan Prison F1-1-118 (institution/place where violation occurred) on (dates) 6-13-07 (Count 1), 1-9-08 (Count 2), and 1-15-08 (Count 3).

§ 1983 SD Form
(Rev. 4/06)

2. **Defendants:** (Attach same information on additional pages if you are naming more than 4 defendants.)

Defendant __Mirasol__ resides in __San Diego__,
       (name)                                              (County of residence)
and is employed as a __L.V.N Nurse__. This defendant is sued in
                    (defendant's position/title (if any))
his/her ☑ individual ☑ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: __She was acting as a nurse in a non professional capacity under the medical department at R.J.D.__

Defendant __J. Nigro__ resides in __San Diego__,
       (name)                                              (County of residence)
and is employed as a __Correctional Officer__. This defendant is sued in
                    (defendant's position/title (if any))
his/her ☑ individual ☑ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: __As a peace officer at R.J.D__

Defendant _____ resides in _____,
       (name)                                              (County of residence)
and is employed as a _____. This defendant is sued in
                    (defendant's position/title (if any))
his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: _____

Defendant _____ resides in _____,
       (name)                                              (County of residence)
and is employed as a _____. This defendant is sued in
                    (defendant's position/title (if any))
his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: _____

§ 1983 SD Form
(Rev. 4/06)

2

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 1: The following civil right has been violated: Conspiracy to have great bodily harm done with malice and content
(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 1.]

On 6-13-07 I notified Dr. Dalglish in person of S. Gates my cellmate at the time of his parnoid features as my psycologist she talked to his Doctor, Dr. Williams also a psycologist at R.J.D. The situation got worser. Defendent in this charge Nurse Mirasol was asked to monitor his medication ordered by mental health psychiatrist to no avail she would not she slide it threw the door in a small envolope, get the envolope back and leave no watching him S. Gates swollow his medication. I went back to my psycologist Dr. Dalglish and labortory test was done on both of us. Mine showed me taking my medication. His was clean of never taking his medication other than his diabetics shots. I asked Nurse Mirasol now what and she stated say he vergitated his medication up each night. I walked from her presents that night and the next day I notified my psycologist Dr. Dalglish & Dr. Becroft building 1. Psychiatrist of what she said and told me to always tell the truth. I was told I was going to move around 1400 hrs or 1500 hrs. The writer of this Rules Violation Report was told to me J. Nigro did not

Continued Count 1 on next page

§ 1983 SD Form (Rev. 4/06)                                        3

1. make any attempt to make
2. my cell change, for some strange
3. reason I was being watched
4. so I decided to take my nightly
5. medication. Upon entering my
6. cell #118 soon as I got undressed
7. my cellmate S. Gates attacked me
8. while under sedation of my medication
9. while holding him I looked up
10. Correctional Officer J. Nigro
11. and Dependent Nurse Mirasol
12. was at my cell #118 looking in
13. listening to him hollowering
14. threatening verbal assults towards
15. me. Then I was told let him go with
16. him in that state of mind so I held
17. S. Gates untill the Sergeant came
18. and he had the cell door opened
19. that's when I let him go. J. Nigro
20. had the power to have the door opened
21. but he watched hopeing for and
22. different outcome like getting
23. hurt and Nurse Mirasol name
24. was not mentioned in this report
25. of rules violation by J. Nigro. So I
26. enterd a complaint on Nurse
27. Mirasol. One of her supervisors
28. stated she can't make a patience

Take his medication cause S. Gates in this E.O.P program isn't Keyheda. But once a nurse hand you medication its his, or her duty to make sure he swollow it or caught not taking it should be documented to hirer medical Staff. If her professional duties were applied I wouldn't have had to report her to her supervisor and I wouldn't of been put in danger and to this date defendent Mirasol wouldn't be covering her moves with the help of others delaying my due process in this complaint.

Respectfully Summitted.
3-26-08

Selby. C-05139

CDC-804 TO REC. ON: _____ BY: _____

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS

# RULES VIOLATION REPORT (248)

| CDC NUMBER | INMATE'S NAME | | RELEASE/BOARD DATE | INST. | HOUSING NO. | LOG NO. |
|---|---|---|---|---|---|---|
| C-05139 | FOY, L. | (1) | | RJDCF | F1-01-118U | F1-07-248 |

| VIOLATED RULE NO(S). | SPECIFIC ACTS | LOCATION | DATE | TIME |
|---|---|---|---|---|
| 3005(c) Force & Violence | MUTUAL COMBAT | HU-1/CELL 118 | 7-03-07 | 2035 |

CIRCUMSTANCES

On Tuesday, July 3, 2007, at approximately 2035 hours, while performing my duties as Facility 1, Housing Unit #1 Floor Officer, I was in route to cell F1-01-118, to inform Inmates GATES, S., P-29448, F1-01-118L, and FOY, L., C-05139, F1-01-118U, of a cell move. When I approached cell F1-01-118, I observed Inmates GATES and FOY wrestling in the cell. I ordered both inmates to "stop" several times and "get down," with negative results. I immediately activated my personal alarm device and F1 Program Sergeant L. Skelton and several custody staff arrived. After several commands by Sergeant Skelton to the combatants to cease fighting, Inmates GATES and FOY complied, got down and I placed Inmate GATES in handcuffs and relinquished custody of Inmate GATES to responding custody staff without further incident. Responding staff placed Inmate FOY in handcuffs and both inmates were escorted to F1 Medical Clinic for medical evaluation. (see CDC-7219 Medical Reports). Inmate FOY is a participant in the MHSDS at the EOP level of care.

MHSDS : EOP

| REPORTING EMPLOYEE (Typed Name and Signature) | DATE | ASSIGNMENT | RDO'S |
|---|---|---|---|
| ▶ J. NIGRO, CORRECTIONAL OFFICER | | HU#1 FLOOR OFCR. | THUR/FRI |

| REVIEWING SUPERVISOR'S SIGNATURE | DATE | ☐ INMATE SEGREGATED PENDING HEARING | |
|---|---|---|---|
| ▶ L. SKELTON, SERGEANT | 1/7 | N/A   DATE _____ LOC. _____ | N/A |

| CLASSIFIED | OFFENSE DIVISION: | DATE | CLASSIFIED BY (Typed Name and Signature) | HEARING REFERRED TO |
|---|---|---|---|---|
| ☐ ADMINISTRATIVE ☒ SERIOUS | | | ▶ K. SEIBEL, CAPTAIN (A) | ☐ HO  ☒ SHO  ☐ SC  ☐ FC |

COPIES GIVEN INMATE BEFORE HEARING

| ☒ CDC 115 | BY: (STAFF'S SIGNATURE) | DATE | TIME | TITLE OF SUPPLEMENT |
|---|---|---|---|---|
| | ▶ [signature] | 7-11-07 | 1115 | CDC-115X Mental Health Assessment |

| ☐ INCIDENT REPORT LOG NUMBER: N/A | BY: (STAFF'S SIGNATURE) ▶ [signature] | DATE | TIME | BY: (STAFF'S SIGNATURE) ▶ | DATE | TIME |
|---|---|---|---|---|---|---|

HEARING

REFERRED TO  ☐ CLASSIFICATION  ☐ BPT/NAEA

| ACTION BY: (TYPED NAME) | SIGNATURE ▶ | DATE | TIME |
|---|---|---|---|

| REVIEWED BY: (SIGNATURE) | DATE | CHIEF DISCIPLINARY OFFICER'S SIGNATURE | DATE |
|---|---|---|---|
| ▶ K.A. SEIBEL, Facility Captain (A) | | ▶ E.A. CONTRERAS, Associate Warden | |

| ☐ COPY OF CDC 115 GIVEN INMATE AFTER HEARING | BY: (STAFF'S SIGNATURE) ▶ | DATE | TIME |
|---|---|---|---|

CDC 115 (7/88)

Count 2: The following civil right has been violated: __Absence of Care Negligence__.
(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 2.]

On 1-9-08 Dr. Gomez (building 1 Psychiatrist ordered me Maalox liquid to take with my Cymbalta pill for depression & helps with pain. I complained to Dr. Gomez by request for interview form. Every morning from 1-10-08 threw 1-14-08 she kept denying me the maalox cause it was ordered for abdominal pain I was suffering from the pill cymbalta side affects. I went back to Dr. Gomez complaining how she was treating me. Marosol being in the field of passing out medication ordered by the psychiatrist department she Marosol being a professional L.V.N nurse hired by Department of Corrections at Donovan State Prison, San Diego, California. New not takeing my cmbotta pill possibilly I would slip in a depressed state of mind which is one of my mental health diagnosis. On 1-15-08. Dr. Gomez discontinued the prescription for Maalox and ordered Maalox tablets. Nurse Marosol processes the psychiatrist orders and Nurse Marosol would not process my prescription order it took from 1-15-08 and finally on 1-31-08 I received my

§ 1983 SD Form
(Rev. 4/06)

4

Continued Count 2 page 2.

Maalox tablets per carry out so I don't have to ask her for that medication. On numerous accassion Nurse Mirasol usuess her nurseing profession to take reprisals out against me for reporting her to Nurseing supervisor's who takes Mirasol sides knowing she wrong.

Respectfully Summitted
3-26-08

Buby.

State of California                                                                 Department of Corrections

# Memorandum

Date:     March 10, 2008

To:       FOY, C-05139

Subject:  SECOND LEVEL APPEAL RESPONSE
          LOG NO.: RJD-3-08-00139

ISSUE: You state that on January 17, 2008 the psychiatrist ordered you Maalox to take with the Cymbalta due to abdominal pain and the nurse would not give it to you. You state that she told you that the prescription was not in the office and she was recording refusals.

You are requesting that Penal Code Section 147 be implemented against the nurse, that she be removed from her job, and to possibly revoke her nursing license.

INTERVIEWED BY: J. Rivera, Health Care Appeals Coordinator, February 22, 2008. Unit Health Record (UHR) reviewed, information organized and compiled by J. Rivera, Health Care Appeals Coordinator, on March 10, 2008

DISCUSSION OF FINDINGS: California Penal Code Section 147 states "Every officer who is guilty of willful inhumanity or oppression toward any prisoner under his care or in his custody, is punishable by fine not exceeding four thousand dollars ($4,000), and by removal from office." The appeals process is not the proper forum for requesting disciplinary action against staff.

You were seen by a Mental Health Clinician on January 9, 2008 and prescribed Maalox tabs QAM, which indicates that you would receive in the a.m. Per Medication Administration Record (MAR), you started to receive Maalox tablets the morning of January 10, 2008 and continued until January 15, 2008. On January 15, 2008, your Mental Health Clinician discontinued the prescription for Maalox; per Physician's Orders, and re-prescribed Maalox tablets, take home supply. Per Carry Med MAR, you received the prescription for Maalox tablets on January 31, 2008.

DECISION: Your request is for disciplinary action is denied as you have received your prescribed medication.

The appellant is advised that this issue may be submitted for a Director's Level of Review if desired.

E. ROMERO
Chief Medical Officer (A)
Richard J. Donovan Correctional Facility

Count 3:  The following civil right has been violated: **Cruel, Corporal Unusual Punishment treatment impairing health.**
(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts:  [Include all facts you consider important to Count 3. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 3.]

For 22 days nurse Mirasol refused to carry out orders by psychiatrist Dr. Gomez, which left me in great distress of mind, withdrawls from my medication, hendering the process of due process for mental health treatment and care as a Mental health Patience currently in the E.O.P Enhanched Outpatience Program on Facility One yard Building one Cell #145 Low

Respectfully Summitted
3-26-08

[signature]

§ 1983 SD Form
(Rev. 4/06)

5

**D. Previous Lawsuits and Administrative Relief**

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case? ☐ Yes ☑ No.

If your answer is "Yes", describe each suit in the space below. [If more than one, attach additional pages providing the same information as below.]

(a) Parties to the previous lawsuit:
Plaintiffs: _____

Defendants: _____

(b) Name of the court and docket number: _____

(c) Disposition: [ For example, was the case dismissed, appealed, or still pending?] _____

(d) Issues raised: _____

(e) Approximate date case was filed: _____

(f) Approximate date of disposition: _____

2. Have you previously sought and exhausted all forms of informal or formal relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDC Inmate/Parolee Appeal Form 602, etc.] ? ☑ Yes ☐ No.

If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No", briefly explain why administrative relief was not sought.

Relief was sought but to no avail decision's is always granted towards Defendent Mirasol this appeal system is very unfairly done and under thier code of silence tactics this prison has no respect for the appeal process nor the judicial law. Billy J. 3-26-08

§ 1983 SD Form
(Rev. 4/06)

6

### E. Request for Relief

Plaintiff requests that this Court grant the following relief:

1. An injunction preventing defendant(s): #1 Marosol be removed from F1-yard or any medical dealing with inmates and the same for J. Nigro be put in another position away from inmates.

2. Damages in the sum of $ 3,000,000 Compensatory

3. Punitive damages in the sum of $ 6,000,000

4. Other: _____

### F. Demand for Jury Trial

Plaintiff demands a trial by ☐ Jury ☒ Court. (Choose one.)

### G. Consent to Magistrate Judge Jurisdiction

In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge. The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases. Consent to a magistrate judge will likely result in an earlier trial date. If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

Choose only one of the following:

☒ Plaintiff consents to magistrate judge jurisdiction as set forth above.

OR

☐ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

3-26-08
Date

[Signature]
Signature of Plaintiff

§ 1983 SD Form
(Rev. 4/06)

7

## VERIFICATION

STATE OF CALIFORNIA
COUNTY OF SAN DIEGO

( C.C.P. SEC. 446 & 2015.5; 28 U.S.C. SEC. 1746 )

I, _Bill Foy_, DECLARE UNDER THE PENALTY OF PERJURY
THAT: I AM THE _Declarant/Prisoner_ IN THE ABOVE ENTITLED ACTION;
I HAVE READ THE FOREGOING DOCUMENTS AND KNOW THE CONTENTS THEREOF AND THE SAME IS TRUE OF MY OWN KNOWLEDGE, EXCEPT AS TO MATTERS STATED THEREIN UPON INFORMATION, AND BELIEF, AND AS TO THOSE MATTERS, I BELIEVE THEM TO BE TRUE.

EXECUTED THIS _26th_ DAY OF _March_, AT R.J.D. STATE PRISON, 480 Alta Road, San Diego, CA 92179

(SIGNATURE) _Bill Foy_
(DECLARANT/PRISONER)

---

## PROOF OF SERVICE BY MAIL

( C.C.P. SEC. 1013 (a) & 2015.5; 28 U.S.C. SEC. 1746 )

I, _Bill Foy_, AM A RESIDENT OF _R.J.D._ STATE PRISON, IN THE COUNTY OF S.D. STATE OF CALIFORNIA; I AM OVER THE AGE OF EIGHTEEN (18) YEARS OF AGE AND AM I AM NOT A PARTY OF THE ABOVE-ENTITLED ACTION. MY STATE PRISON ADDRESS IS: _F1-1-145 Low P.O. Box 799001, San Diego, Ca. 92179-9001_.

ON _3-26-08_, I SERVED THE FOREGOING:
_Legal Documents to United States District Court, Southern District of California._
(SET FORTH EXACT TITLE OF DOCUMENT IS SERVED)
ON THE PARTY(S) HEREIN BY PLACING A TRUE COPY(S) THEREOF, ENCLOSED IN A SEALED ENVELOPE (S), WITH POSTAGE THEREON FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO PROVIDED AT Richard J. Donovan Correctional Facility

Mailing Three (3) First Amended Complaints
Under the Civil Rights Act.
42 U.S.C.-1983
Each Document Twelve (12) Pages.

THERE IS DELIVERY SERVICE BY UNITED STATES MAIL AT THE PLACE SO ADDRESSED, AND THERE IS REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING AND THE PLACE SO ADDRESSED. I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATE: _3-26-08_    _Bill Foy, C-05139_
(DECLARANT/PRISONER)