# UNITED STATES DISTRICT COURT

### Southern District of California

Lee Foy

                      Plaintiff,

v.                                                      Case No.: 3:08–cv–00043–JAH–LSP

                                                            Judge  John A. Houston

Marisoil, et al.

                      Defendant.

### JUDGMENT IN A CIVIL CASE

\_\_\_\_\_     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__     **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED Plaintiffs First Amended Complaint is Dismissed for failing to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)(B) and § 1915A(b). Moreover, because the Court finds amendment of Plaintiffs § 1983 claims would be futile at this time, leave to amend is Denied.

                                                                                         W. Samuel Hamrick, Jr.,
                                                                                           Clerk of the Court

Date: 5/7/08

                                                                                     By: s/ L. Odierno, Deputy Clerk

                                                                                         ENTERED ON: May 7, 2008