# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

**FILED**
2008 MAY -9 PM 3:02
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

TO: ☑ U.S. DISTRICT JUDGE / ☐ U.S. MAGISTRATE JUDGE Houston
FROM: R. Mullin, Deputy Clerk     RECEIVED DATE: 5/8/2008  BY: RM  DEPUTY
CASE NO.: 08cv0043 JAH (LSP)   DOCUMENT FILED BY: Plaintiff
CASE TITLE: Foy v. Marisoil
DOCUMENT ENTITLED: Exhibits

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | **5.4** | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| X | | **OTHER: Case closed.** |

Date forwarded: 5/9/2008

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

☐ The document is to be filed nunc pro tunc to date received.

☑ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☐ Yes.    Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

Dated: 5/9/08     CHAMBERS OF: Judge Houston
cc: All Parties   By: SDL/PSLC

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]

First Marg Sheet For 1-7-08

On my first visit with Dr. Gomez. he ordered Maalox Dot meate the liqured Maalox has to given at the nurseing window were Defendent works five days a week this was or first prescribed order on 1-7-08 also defendent wrote in for the same entry date 1-7-08 Maalox tablets cause the issue was my complaint on defendent's refusel to give me Maalox Dot liqured.

Respectfully Summitted
On 5-5-08
BeeKay. C-05139

Civil No. 08-0043 JAH (LSP)
First Original Copy